IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
PLANO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-41815 |
| | § | |
| MED-DEPOT, INC., *et al.* | § | (Chapter 11) |
| | § | |
| Debtors | § | Jointly Administered |
| | § | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 30, 2013, the Amended Bar Date Notice was served via United States First Class Mail, postage prepaid, to the parties listed below.

RESPECTFULLY SUBMITTED this 30th day of August, 2013.

**BRYAN CAVE LLP**

By: _John C. Leininger_
Keith M. Aurzada
Texas Bar No. 24009880
John C. Leininger
Texas Bar No. 24007544
Jay L. Krystinik
Texas Bar No. 24041279
Bradley J. Purcell
Texas Bar No. 24063965
JP Morgan Chase Tower, Suite 3300
2200 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 721-8000
Facsimile: (214) 721-8100

**PROPOSED ATTORNEYS FOR THE DEBTORS IN POSSESSION**

Label Matrix for local noticing
0540-4
Case 13-41815
Eastern District of Texas
Sherman
Fri Aug 30 10:53:15 CDT 2013

1200 Commerce, Ltd
3609 Wentwood
Dallas, TX 75225-5114

2200 Ogden, LLC
2215 York Road, Suite 304
Oak Brook, IL 60523-4004

ABC Home & Commercial Services
8448 N. Sam Houston Parkway West
Houston, TX 77064-3445

ACE
4149 Highline Blvd, Suite 300
Oklahoma City, OK 73108-2097

ADP Screening and Selection Services
36307 Treasury Center
Chicago, IL 60694-6300

ADT
PO Box 371956
Pittsburgh, PA  15250-7956

ARAB Termite & Pest Control
Dincoff Co., / Arab Pest Control
429 E Dupont Rd PMB 202
Fort Wayne, IN 46825-2051

AT&T
P.O. Box 5001
Carol Stream, IL 60197-5001

AT&T
PO Box 105262
Atlanta, GA 30348-5262

AT&T
PO Box 105414
Atlanta, GA 30348-5414

AT&T
PO Box 5080
Carol Stream IL 60197-5080

AT&T
PO Box 650661
Dallas, TX 75265-0661

AT&T 287021205295
PO Box 6463
Carol Stream, IL 60197-6463

AT&T 316-682-3800
P.O. Box 5001
Carol Stream, IL 60197-5001

AT&T 318-254-0023
PO Box 105262
Atlanta, GA 30348-5262

AT&T 361-880-4100
PO Box 105414
Atlanta, GA 30348-5414

AT&T 409-384-2896
PO Box 5001
Carol Stream IL 60197-5001

AT&T 409-866-3600
PO Box 105414
Atlanta, GA 30348-5414

AT&T 512 719 5910
PO BOX 105414
Atlanta, GA 30348-5414

AT&T 512 A13-0799
PO Box 105414
Atlanta, GA 30348-5414

AT&T 618-235-4160
PO Box 5080
Carol Stream, IL 60197-5080

AT&T 713-680-8221
P.O. Box 5001
Carol Stream, IL 60197-5001

AT&T 765-521-0158
P.O. Box 8100
Aurora, IL 60507-8100

AT&T 806-373-3555
P.O. Box 105414
Atlanta, GA 30348-5414

AT&T 806-745-1230
P.O. Box 5001
Carol Stream, Il 60197-5001

AT&T 815-625-2175
PO Box 5080
Carol Stream, IL 60197-5080

AT&T 816-333-6100
PO Box 5001
Carol Stream, IL 60197-5001

AT&T 816-741-3876
PO Box 5001
Carol Stream, IL 60197-5001

AT&T 816-741-4512
P.O. Box 5001
Carol Stream, IL 60197-5001

AT&T 903-526-8667
PO Box 5001
Carol Stream, IL 60197-5001

AT&T 915-590-7600
PO Box 105414
Atlanta, GA 30348-5414

AT&T 972-243-1700
PO Box 5001
Carol Stream, IL 60197-5001

AT&T Long Distance
P.O. Box 5017
Carol Stream, IL60197-5017

Accent Self Storage
1212 N. Duncanville Road
Duncanville, TX 75116-2206

Active Electric Co., Inc.
9238 Bermudez St.
Pico Rivera, CA 90660-4510

Adecco Employment Services
DEPT CH 14091
Palatine IL 60055-4091

Megan M. Adeyemo
555 E 17th Street Suite 3400
Denver, CO 80202-3937

Advanced Systems and Alarms
1130 Lindbergh
Beaumont, TX 77707-4124

David G. Aelvoet
Linebarger Goggan Blair Pena
711 Navarro, Suite 300
San Antonio, TX 78205-1749

Air Care LLC
1999 N. Amidon
Wichita, KS 67203-2121

Air Gas - Mid America
PO Box 802615
Chicago, IL 60680-2615

Air Gas - SW
PO Box676031
Dallas TX 75267-6031

Air Gas USA, LLC
P.O. box 7423
Pasadena, CA 91109-7423

Air gas - Purtian Medical
PO Box 676015
Dallas, TX 75267-6015

Air gas Great Lakes
P.O. Box 802576
Chicago, IL 60680-2576

Airgas USA, LLC
attn: Bankruptcy
6055 Rockside Woods Blvd. 6th Floor
Independece, OH 44131-2301

AliMed
125 South Green Street, Suite # 1110-A
Chicago, IL 60607-3718

Allied Waste
PO Box 78829
Phoenix, AZ 85062-8829

Allied Waste 3-0847-0001498
PO Box 78829
Phoenix, AZ 85062-8829

Allied Waste 3-0862-0004907
PO Box 78829
Phoenix, AZ 85062-8829

Alline Parker
8025 Old McGregor Road
Waco, TX 76712-3841

Ameren Illinois
2105 E. State Route 104
Pawnee, IL 62558-4685

Ameren Illinois
P.O. Box 66893
St. Louis, MO 63166-6893

Ameri-Tech Termite & Pest Control Inc.
6400 Boat Club Road, Ste. 175
Forth Worth, TX 76179-4711

American Express
PO Box 650448
Dallas, TX 75265-0448

American Fire and Safety, Inc.
3310 E. Adams
Temple, TX 76501-9620

American Fire and SafetyCo., Inc.
1521 W. Reno
OklahomaCity, OK 73106-3297

American Medical Gases
857 Tristar Suite # B
Webster, TX 77598-1553

American Waste Control
1420 West 35th Street
Tulsa, OK 74107-3814

Amigo Energy
PO Box 203357
Houston, TX 77216-3357

Andy On Call Service
3415 Custer Road, Suite 127
Plano, TX 75023-7555

George P. Angelich
Argent Fox LLP
1675 Broadway
New York, NY 10019-5820

Anodyne Medical Device, Inc.
2618 Momentum Place
Chicago, IL 60689-5326

Aramark
AUS Central Lockbox
PO Box 731676
Dallas, TX 75373-1676

Argyle Welding Supply Inc.
PO Box 6889
Albuquerque, NM 87197-6889

Arlington ISD
c/o Elizabeth Banda Calvo
Perdue Brandon Fielder et al
PO Box 13430
Arlington, TX 76094-0430

Aspire Home Care & Hospice
PO Box 176
Tishoming, OK 73460-0176

Atmos
PO Box 790311
St. Louis, MO 63179-0311

Atmos EnergyAmarillo
P.O. Box 790311
St. Louis, MO 63179-0311

Audio Video Security
909 University Drive East
College Station, TX 77840-2360

Augsburger Family Partnership, LTD
ATTN: Larry Augsburger
2750 North Southorn Oaks
Houston, TX 77068-2611

Keith Miles Aurzada
Bryan Cave LLP
2200 Ross Avenue
Suite 3300
Dallas, TX 75201-7965

Auto Tow & Recovery
1113 East 13th Street
Kansas City, MO 64106-3114

AutoZone Inc.
PO Box 116067
Atlanta, GA 30368-6067

Autozone, Dept 9003
PO Box 10
Memphis, TN 38101-0010

BWC State Ins. Fund
Corporate Processing Dept.
Columbus, OH  43271-0977

Baker Law PLLC
2200 Ross Avenue, Suite 4050
Dallas, TX 75201-2779

Baker Motor Co.
2030 Ireland Grove Road
Bloomington, IL 61704-7104

Elizabeth Banda Calvo
Perdue, Brandon, Fielder, Collins & Mott
4025 Woodland Park Blvd., Suite 300
PO Box 13430
Arlington, TX 76094-0430

John T. Banks
Perdue,Brandon, Fielder,Collins & Mott
3301 Northland Drive, Suite 505
Austin, TX 78731-4954

Barry D. Freeman
256 Van Damin Avenue
Glen Ellyn, IL 60137-5522

Barry Waranch
4901 LBJ, #100
Dallas, TX 75244-6141

BeavEx, Inc.
615 Westport Parkway, Ste 600
Grapevine, TX 76051-6751

Bell County Tax Appraisal District
PO Box 390
Belton, TX 76513-0390

Ben Hackleman
159 PineSt.
Ashdown, AR 71822-8341

Bexar County
c/o David G. Aelvoet
Linebarger Goggan Blair Pena
711 Navarro, Suite 300
San Antonio, TX 78205-1749

Bexar County
c/o David G. Aelvoet
711 Navarro Suite 300
San Antonio, TX 78205-1749

Bexar County Tax Assessor - Col
Sylvia S. Romo
PO Box 839950
San Antonio, TX 78283-3950

James H. Billingsley
Polsinelli Shughart
2501 N. Harwood
Suite 1900
Dallas, TX 75201-1664

BlackHills Gas
PO Box 6001
Rapid City, SD 57709-6001

Bluebonnet Waste Control
P.O. Box 223845
Dallas, TX 75222-3845

Bowman and Brooke LLP
2501 N. Harwood Street, Suite 1700
Dallas, TX 75201-1663

David Boyle
Airgas USA, LLC
P.O. Box 6675
Radnor, PA 19087-8675

Brent McCarty
4242 Valley Ridge
Dallas, TX 75220-1926

Broda Enterprise USA Inc
1301 West 400 North Street
Orem, UT 84057-4442

Bruce Burns
6121 Indian School Road NE, Suite 101
Albuquerque, NM 87110-4165

Bryan Cave LLP
PO Box 503089
St. Louis, MO 63150-3089

Burleson Wall Street, LLC
Attn: ANDREW LUKEI
19762 MacArthur Blvd., Suite 160
Irvine, CA 92612-2485

C.H. Robinson Worldwide, Inc.
PO Box 9121
Minneapolis, MN 55480-9121

C3 Family Enterprises
Attn: James Wiley
3 E Oakwood Hills
Chandler, AZ 85248-6200

CBeyond
P.O. Box 848432
Dallas, TX 75284-8432

CPI Office Products
P.O. box 292130
Lewisville, TX 75029-2130

CPL Retail Energy
PO Box 660897
Dallas, TX 75266-0897

CPS Energy
PO Box 2678
San Antonio, TX 78289-0001

CRP Holdings A, LP
Riverside Portfolio Lockbox
88270 Expedite Way
Chicago, IL 60695-0001

CRP Holdings A-1, LLC
c/o Colony Realty Partners, LLC
Two International Place
Boston, MA 02110-4104
Attn: Jacob Fiumara

Cable One
PO Box 78407
Phoenix AZ 85062-8407

California Medical Repair
9960 Indiana Ave., Suite 12
Riverside, CA 92503-5457

Cameron Co ID #06
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

Cameron County

Cameron County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

Care Labs, Inc.
PO Box 637
Missouri City, TX 77459-0637

Care Products
PO Box 720193
McAllen, TX 78504-0193
Attn: Rosie

CareerBuilder, LLC.
13047 Collection Center Dr.
Chicago, IL 60693-0130

Carlos R. Hamilton III
6254 Doliver
Houston, TX 77057-1814

Carrollton-Farmers Branch I.S.D.
1445 N. Perry Road
PO Box 110611
Carrollton, TX 75011-0611

Caruth Marketing
5807 Glen Falls Lane
Dallas, TX 75209-2415

Casali & Son's Disposal Service, Inc.
PO Box 3783
Bloomington, IL 61702-3783

Central Plains Maintenance, Inc.
P.O. Box 9224
Wichita, KS 67277-0224

Century Tokyo Leasing (U.S.A.), Inc., as Ser
Megan Adeyemo, Esq.
Gordon & Rees LLP
555 17th St., Suite 3400
Denver, CO 80202-3937

Century Tokyo Leasing (U.S.A.), Inc., as Ser
c/o Megan Adeyemo, Esq.
Gordon & Rees LLP
555 - 17th St., Suite 3400
Denver, CO 80202-3937

CenturyLink Business
PO Box 4300
Carol Stream, IL 60197-4300

Charles J. Clute
3105 Forest Shores Lane
Highland Village, TX 75077-6487

Chattanooga Group
PO Box 848101
Dallas TX 75284-8101

Chrisman Properties LLC
Attn: Kenny Wright
c/o Hilltop I Rentals LLC
7457 Holister
Houston, TX 77040-5325

Cintas
45 NE42
OklahomaCity, OK 73105

City Garage
6426 N Jupiter Road
Garland, TX 75044

City Of Harlingen
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

City Of McAllen
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

City of Austin
PO Box 2267
Austin, TX  78783-2267

City of Austin 5527642-2
PO Box 2267
Austin, TX  78783-2267

City of Belleville
PO Box 388
Belleville, IL 62222-0388

City of Corpus Christi
PO Box 659722
San Antonio, Tx 78265-9722

City of Grand Prairie
Water Utilities
P.O. Box 660814
Dallas, TX 75266-0814

City of Hewitt
PO Box 219
Hewitt, TX 76643-0219

City of Oklahoma City
PO Box 26570
OKC, OK 73126-0570

City of Rock Falls. Il
603 W 10th Street
Rock Falls, IL61071-2854

City of San Marcus Utilities
636 E Hopkins
San Marcus, TX 78666-6314

City of Wichita
Water Utilities
PO BOX 2922
Wichita, KS 67201-2922

College Station Business Center
3828 S. College Avenue
Bryan, TX 77801-4517

College Station Utilities
310 Krenek Tap Road
PO Box 10230
College Station, TX 77842-0230

Collin County Tax Assessor
c/o David McCall
777 E. 15th St.
Plano, TX 75074-5799

Patrick T Collins
Farrell Fritz, P.C.
1320 RexCorp Plaza
Uniondale, NY 11556-0120

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Commonwealth Edison Co.
3 Lincoln Center
Attn: Bankruptcy Svcs.
Oakbrook Terrace, IL 60181-4204

Consolidated Communications
PO Box 66523
Saint Louis, MO 63166-6523

CopyNet Office Systems
PO Box 860545
Plano, TX 75086-0545

Corn Belt Energy Corporation
PO Box 2571
Decatur, IL 62525-2571

Crosby Real Estate Investments LP
Attn: Robert C. Crosby
2805 Freeman Street
Fort Wayne, IN 46802-4426

D & J Automotive
11324 Norwalk Blvd.
Santa Fe Springs, CA 90670-3832

Dallas Co. Tax Assesor
500 Elm Street
Dallas, TX 75202-6308

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie Spindler Huffman
2323 Bryan Street Ste1600
Dallas, TX 75201-2644

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie Spindler Huffman
2323 Bryan Street Ste 1600
Dallas, TX 75201-2644

Dalton
PO Box 961
Addison, TX 75001-0961

Dawson's, Inc.
1720 W. Andrew Johnson Hwy.
Morristown, TN 37814-3737

Deffenbaugh Disposal Service
P.O. Box 3249
Shawnee, KS 66203-0249

Dennis Semler-Tulsa County Treasurer
500 S Denver Ave, 3rd Floor
Tulsa, OK 74103-3840

Digicom Technologies
10690 Shadow Wood, Suite 113
Houston, TX 77043-2840

Digital Documents Overnight
2120 Hutton Dr., Suite 500
Carrollton, TX 75006-8319

John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064

Discount Tire
PO Box 29851
Phoenix, AZ 85038-9851

Dixie Street Storage
POBox 1215
Brenham, TX77834-1215

Don Sumners
Harris County Tax Assessor
PO Box 4089
Houston, TX 77210-4089

Drive Medial Design & Mfg., Inc.
99 Seaview Blvd.
Port Washington, NY 11050-4606

Drive Medical
PO Box 798019
St. Louis, MO 63179-8000

Driver Check Inc.
5665 New Northside Drive, Suite 400
Atlanta GA 30328-4617

Duke Energy - New Castle
PO Box 9001076
Louisville, KY 40290

Duncan Disposal
PO Box 78829
Phoenix, AZ 85062-8829

Earthlink Business
PO Box 88104
Chicago, IL 60680-1104

East Texas Water Store
2016 East Rusk
Jacksonville, TX 75766-9058

EcoPure Bottled Water
255 N Hydraulic
Wichita, KS 67214-4217

Edmunds Family Partners, L.P.
7351 Remcon Circle
El Paso, TX 79912-1617

El Paso Electric Company
P.O. Box 982
El Paso, TX 79960-0982

Entergy
PO Box 8103
Baton Rouge, LA 70891-8103

Entergy Texas, Inc.
4809 Jefferson Hwy
L-JEF-359
Jefferson, LA 70121-3126

Enterprise Commercial Trucks
12230 Hempstead Rd
Houston, TX 77092-4504

Enterprise Leasing Company of Kansas
PO Box 80008
Kansas City, MO 64180-0001

Enterprise Rent a Car
PO Box 842442
Dallas, TX 75284-2442

Etradex Corp Destiny Benefit Plan
Attn: Eric S. Fevillane
161 W. 54th Street, #202
New York, NY 10019-5454

Evolve Capital
2200 Ross Ave., Suite 4050
Dallas, TX 75201-2779

Farmers Electric Cooperative
2000 I-30 E
Greenville, TX 75402-9084

Farnam Street Financial, Inc.
240 Pondview Plaza
5850 Opus Parkway
Minnetonka , MN 55343-9687

Fast Oil Lube
5030 HWY 31 West
Tyler, TX 75709-9724

Fast Sticker & Lube
2621 N. Shephard Dr.
Houston TX 77008-1929

Fire Equipment Services, Inc
PO Box 9651
Fort Wayne, IN 46899-9651

Fizz O Water Co.
809 N. Lewis Avenue
Tulsa, OK 74110-5365

FleetMatics
PO Box 347472
Pittsburgh, PA 15251-4472
Fore GT LLC
P.O. Box 2662
Amarillo, TX 79105-2662

Forrest "Butch" Freeman
Oklahoma County Treasurer
320 Robert S. Kerr, Rm 307
Oklahoma City, OK 73102-3441

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

Frazier Commercial, Inc.
1740 Westminster St.
Denton, TX 76205-7831

Friendly Chevrolet
2754 N Stemmons Freeway
Dallas, TX 75207-2213

(p)FRONTIER COMMUNICATIONS
BANKRUPTCY DEPT
19 JOHN STREET
MIDDLETOWN NY 10940-4918

G & S Building
Attn: Larry Schoenemann
708 Palm Valley Dr. E.
Harlingen, TX 78552-8954

GT LLC
P. O. Box 2662
Amarillo, TX 79105-2662

Gary B. Barber
Smith County Tax Office
PO Box 2011
Tyler, TX 75710-2011

Gavin H. Smith
802 Kuhlman Road
Houston, TX 77024-3126

Gaymar
P.O. Box 1308
Buffalo, NY 14240-1308

Gene Crisman
970 N. 21st St.
Beaumont, TX 77706-4749

Gina Bozza-Reilly
200 West Sahara Avenue, Suite 806
Las Vegas, NV 89102-5072

Gladden Water
PO BOX 455
Excelsior, MN 55331-0455

Glenn Medical Systems
P.O. Box 20237
Canton, OH 44701-0237

Grayson County
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie Spindler Huffman
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2644

Greenville Mitsubishi
P.O. Box 8219
Greenville, TX 75404-8219

Greyhound Lines, Inc.
Attn:  Freight Air Mgr.
350 N. St. Paul St.
Dallas, TX 75201-4285

Greyhound Package Express
24717 Network Place
Chicago, IL 60673-1247

Griffith Auto, L.L.C.
d/b/a Griffith Ford San Marcos
1305 IH35 South
San Marcos, TX 78666-7736

GuardTech Pest Management, Inc.
6550 Concord Road
Beaumont, TX 77708-4313

H & C Oxygen, Inc.
PO Box 5234
Brandon, MS 39047-5234

H2ecO Water, LLC
PO Box 7567
Houston, TX 77270-7567

HDS Enterprises, Inc.
Attn: Michael A. Harris
1213 Colchester Terrace
Edmond, OK 73034-6451

Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258-0045

Harlingen CISD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

Harlingen Tax Office Tax Assessor - Collecto
609 N 77 Sunshine Strip
Harlingen, TX 78550-8845

Harlingen WaterWorks System
134 East Van Buren Avenue
PO Box 1950
Harlingen, TX 78551-1950

Harris County
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064

Harris County Tax Assesor
PO Box 4089
Houston, TX 77210-4089

Harris County et al
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx. 77253-3064

Harry M. Farnam
7006 McKamy Blvd.
Dallas, TX 75248-1518

Harwood Heights Village Hall
7300 E Wilson Ave
Harwood Heights, IL 60706

David Heap
Broada Enterprises USA Inc.
1301 W 400 North St.
Orem, UT 84057-4442

Heidi M. Hargrove
321 Winter Park Ct.
Rockwall, TX 75032-5654

Heits Building Services
5208 Tennyson Pkwy, Suite 110
Plano, TX 75024-7183

Helen Huffaker
4301 E. CR 7500
Slaton, TX 79364-6967

Hidalgo County & Hidalgo Co. Drainage Dist.
c/o John T. Banks
Perdue, Brandon, Fielder, Collins & Mott
3301 Northland Drive, Ste. 505
Austin, TX 78731-4954

Hidalgo County Tax Assessor-Collector
PO Box 178
Edinburg, TX 78540-0178

c/o John T Banks Hidalgo County, Hidalgo Co.
3301 Northland Drive, Ste. 505
Austin, tx 78731-4954

Hilltop 1 Rentals LLC
7457 Holister
Houston, TX 77040-5325

Hinckley Springs
PO Box 660579
Dallas, TX 75266-0579

Robert M. Hirsh
Argent Fox LLP
1675 Broadway
New York, NY 10019-5820

Holly O'Hara
4373 E. Links Pkwy
Littleton, CO 80122-3718

Hoss II, L.L.C.
c/o Meredith's Commercial Properties
203 North Prospect, Suite 200
Bloomington, IL 61704-3552

Laurie Spindler Huffman
Linebarger, Goggan, Blair & Sampson
2323 Bryan St., Suite 1600
Dallas, TX 75201-2644

Huse Brake & Alignment
1816 Texas Avenue
Lubbock, TX 79401-5145

I.D.C. Properties, L.P.
Attn: Blake J. Box
P.O. Box 3376
McAllen, TX 78502-3376

IC BP 111Wall, LLC
P.O. Box 2689
San Francisco, CA 94126-2689

Illinois American Water
POBox 94551
Palatine, IL60094-4551

Illinois Dept. of Financial & Prof. Reg.
Division of Professional Regulation
PO Box 7007
Springfield, IL 62791-7007

Independence Medical
P. O. Box 635864
Cincinnati, OH 45263-5864

Indiana Michigan Power
P.O. Box 24407
Canton, OH 44701-4407

Indy Partners
c/o Crimmins & Company, Inc
12220 North Meridian, Suite 155
Carmel, IN 46032-6972

InfuSystem
62089 Collections Center Drive
Chicago, IL 60693-0620

Ingenium Resource Staffing
1414 W Randol MillRd
Suite202
Arlington, TX 76012-3158

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Invacare
P.O. Box 824056
Philadelphia, PA 19182-4056

Invacare Corporation
c/o James H. Billingsley
Polsinelli PC
2501 N. Harwood Street
Suite 1900
Dallas, TX 75201-1664

Invacare Credit
Ref NO. 24916332
P.O. Box 41601
Philadelphia, PA 19101-1601

Invacare Credit Corp.
P.O. Box 41602
Philadelphia, PA 19101-1602

Invacare Credit Corporation
c/o James H. Billingsley
Polsinelli PC
2501 N. Harwood Street
Suite 1900
Dallas, TX 75201-1664

Invacare Outcomes Management
PO Box 534566
Atlanta, GA 30353-4566

Iron Mountain
P.O. Box 915004
Dallas, TX 75391-5004

Isuzu Finance of America, Inc.
3020 Westchester Ave., Suite 203
Purchase, NY 10577-2562

J & C A/C Services LLC
3301 Conflans Rd #208
Irving, TX 75061-6355

J-Meds
P.O. Box 1898
Burleson, TX 76097-1898

JDSP LTD
Attn: Perry Winston
4146 Bob White
Robstown, TX 78380-6060

Jackwood Partnership
c/o Ernest Soble Commercial
Properties, Inc.
P.O. Box 790885
San Antonio, TX 78279-0885

James Griffin
2151 Harvey Mitchell Parkway
Suite 106
College Station, TX 77840-5202

James Griffin
5513 N. Billen
OKC, OK 73112-7742

JanPak DFW
PO Box 155339
Fort Worth, TX 76155-0339

Jason Kink
3016 Karen Lane
Edinburg, TX 78539-7701

Jeff  D. Baker
6318 Bryan Parkway
Dallas, TX 75214-4307

Jefferson County
c/o Laurie Spindler Huffman
Linebarger, Goggan, Blair & Sampson
2323 Bryan St., Suite 1600
Dallas, TX 75201-2644

Jefferson County Tax Assessor-Collector
PO Box 2112
Beaumont, TX 77704-2112

Jeffrey A. Henningsen
5847 San Felipe, Suite 320
Houston, TX 77057-3183

Jerry L Larpenter Sheriff &
Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361-1670

Jill R. Botway
23 Kinnicutt Road
Pound Ridge, NY 10576-1801

Joan Diamond
7127 Rain Forest Drive
Boca Raton, FL 33434-5258

Joel Wishnick
16525 Preston Trail Drive
Dallas, TX 75248-2113

John R. Ames, CTA
P.O. Box 139066
Dallas, TX 75313-9066

John Robert Atilano
110 E 2nd St
Rock Falls, IL 61071-1345

Joseph G. Simmons
Jean S. Wilcox
1964 Country Club Drive
Baton Rouge, LA 70808-1223

KBarrett Mgt. Inc.
Attn: Kenneth Barrett
1050 S. Bill Martin, #9101
Tucson, AZ 85745-5154

KS Enterprises, LLC
3529 Enclave Trail
Plano, TX 75074-7513


Kansas City Power & Light
PO Box 219330
Kansas City. MO  64121-9330

Kansas Fire Equipment Co., Inc.
123 S. Osage
Wichita, KS 67213-4776

Keith Huffaker
Attn: Marla Cook
4301 E CR 7500
Slaton, TX 79364-6967


Kelly & Karras, Ltd.
Attn: James J. Karras, Esq.
1010 Jorie Blvd., Suite 100
Oak Brook, IL 60523-2236

Kennedy-Wilson Property Services
Attn: Property Manager:
5929 Balcones Drive, Suite 100
Austin, TX 78731-4280

Kenneth Maun
Collin County Tax Assesor-COL
PO Box 8006
McKinney, TX 75070-8006


Kenneth P. Breaux
118 Royce Street
Houma, LA 70364-1067

Kennington Gardenbrook 1, LLC
P.O. Box 192269
Dallas, TX 75219-8516

Kenny Baker
850 Brandie Street
Tuttle, OK 73089-7519


Kentwood Springs
PO Box 660579
Dallas, TX 75266-0579

Kern Valuation Services, Inc.
Attn: Patrick V. Kern
2203 Ravenhill Circle
Belton, TX 76513-1307

Kristeen Roe - Brazos County Tax Office
300 E. Wm. J. Bryan Parkway
Bryan TX 77803-5336


Jay L. Krystinik
Bryan Cave LLP
2200 Ross Avenue
Suite 3300
Dallas, TX 75201-7965

Kurz Group, Inc
8333 Douglas Ave Ste 1370, LB21
Dallas, TX 75225-5850

LFI Investments, LTD
2200 Ross Avenue, Suite 3838
Dallas, TX 75201-7968


LakeQuest Enterprise Inc.
Attn: Jeff Blatt
500 West 16th Street, Suite 102
Austin, TX 78701-1536

Larry Schoenemann
G &S Building
708 Palm ValleyDr.
E Harlingen, TX78552

John C. Leininger
Bryan Cave
2200 Ross Avenue, Suite 3300
Dallas, TX 75201-7965


Liberty Mutual Insurance
Attn: First Data/Remitco
Lockbox 0109 400
White Clay Center Dr.
Newark, DE 19715

Eric A. Liepins
12770 Coit Road
Suite 1100
Dallas, TX 75251-1329

LifeGas
c/o Jeffrey J. Johns
Linde LLC
575 Mountain Ave.
Murray Hill, NJ 07974-2097


Lincoln Parish Sales &
Use Tax Commission
PO Box 863
Ruston, LA 71273-0863

Locke Lord LLP
PO Box 911541
Dallas, TX 75391-1541

Logix Communications LP
2900 N Loop West, 8th Floor
Houston, TX 77092-8841


Lone Star Overnight
P.O. Box 149225
Austin, Texas 78714-9225

LoneStar Enterprises, LLC
200 NE 48th Street
Oklahoma, OK 73105-3313

Longhorn Fire and Safety
2003 S. 1st Street
Austin, TX 78704-5141

Los Angeles County Tax Collector
PO Box 54027
Los Angeles, CA 90054-0027

Louisiana Department of Revenue
PO Box 1231
Baton Rouge, LA 70821-1231

Lubbock Oxygen &
Medical Gases, Inc.
3902 Avenue A
Lubbock, TX 79404-2804


MADA
625 Washington Ave
Carlstadt, NJ 07072-2901

MBR Holdings, LLC
509 S. Exeter St, Suite 210
Baltimore, MD 21202-4252

MERC
522 Springbranch Drive
Keller, TX 76248-2972


MES, Inc.
1968 East US Hwy 90
Seguin, TX 78155-1226

MM Investments
Attn: Melanie Barton
1413 Leeward Lane
Wylie, TX 75098-7947

MRB Holdings, LLC
16 W. Madison Street
Baltimore, MD 21201-5231


MRI ACL Portfolio
Investment Fund, L.P.
1105 Colorado Lane, Suite A3
Arlington, TX 76015-1505

Main Street
PO Box 2921
Edmond, OK 73083-2921

Marie's Medical Supply
102 Thomas Rd., Suite 605
West Monroe, LA 71291-5550


Mark C. Levy
520 Evergreen Drive
Hurst, TX 76054-2012

Marsha Shattner
2200 Ross Avenue, Suite 3800
Dallas, TX 75201-7967

Marsha Smith
2200 Ross Avenue, Suite 3800
Dallas, TX 75201-7967


Martindale Land and Cattle Co., Ltd.
150 S. Bowie
Jasper, TX 75951-4404

Masch Branch Realty, LP
2281 Marsch Branch Road, #400
Denton, TX 76207-3257

McAllen ISD
c/o John T. Banks
Perdue, Brandon, Fielder, Collins & Mott
3301 Northland Drive, Ste. 505
Austin, TX 78731-4954


David McCall
Gay, McCall, Isaacks, et al
777 East 15th Street
Plano, TX 75074-5799

McCormack Fire Extinguishers Specialists
PO Box 1332
Conroe, TX 77305-1332

McGuire Tire LLC
603 South First Street
Temple, TX 76504-5544


McKinney Parts, Inc.
210 W. University Drive
McKinney, TX 75069-1861

Med-Depot, Inc.
1200 Commerce Street
Suite 100
Plano, TX 75093-5800

Medical Science Center
205 Chaparral Drive
Burleson, TX 76028-6151


Medline Industries, Inc.
One Medline Place
Mundeleine, IL 60060-4486

Melissa D. Link
1305 Verdant Way
Austin, TX 78746-6768

Merediths Commercial Properties
c/o Merediths Commercial Properties
203 North Prospect
Suite200
Bloomington, IL61704-3552


Merriam Center Associates, LLC
7180 W. 107th Street
Suite24
Overton Park, KS 66212-2552

Meyer Complete Auto Repair
13264 Meyer Rd
Whittier, CA 90605-3545

Michael Christodolou
PO Box 18319
Fountain Hills, AZ 85269-8319

Michael Guthammar
87 Park Place
Brooklyn, NY 11217

Michael N. Christodolos
P.O. Box 67586
Dallas, TX 75367-0586

Michigan Department of Treasury
Attn: Litigation Liaison
2nd Floor, Austin Building
460 West Allegan Street
Lansing, MI 48922-0001

Midwest Pest Control
7585 W. 21st N.
Wichita, KS 67205-1733

Mike Crothers
2200 Ross Avenue, Suite 3800
Dallas, TX 75201-7967

Kathleen M. Miller
800 Delaware Avenue, 10th Floor
Wilmington, DE 19801-1367

Mintz Levin Cohn Ferris
Glovsky and Popeo, P.C.
Once Financial Center
Boston, MA 02111
Attn: Daniel O. Gaquin, Esq.

Missouri Department of Revenue
PO Box 2046
Jefferson City, MO 65102-2046

Moloian Plumbing
8531 Beverly Park Place
Pico Rivera, CA 90660-1920

Montgomery Coscia Greilich LLP
2500 Dallas Parkway, Suite 300
Plano, TX 75093-4872

Moore Tires, Inc.
2411 E. US Route 30
Rock Falls, IL 61071-3242

Moring Disposal, Inc.
306 E Main Street
Forrestin, IL 61030-7701

Morton Marketing Inc.
48474 Gladstone Rd
Canton, MI 48188-4735

Mountain Glacier
PO BOX  3652
Evansville, IN 47735-3652

Mark X. Mullin
Haynes and Boone, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219-7673

Municipal Services Bureau
CTRMA Processing
PO Box 16777
Austin, TX 78761-6777

NASA Services
1701 Gage Road
Montebello, CA 90640-6503

NEC Financial Services
250 Pehle Avenue Ste. 707
Saddle Brook, NJ 07663-5888

NIPSCO
P.O. Box 13007
Merriville, IN 46411-3007

NWC Body Works, Inc.
2415 E Higgins Rd
Elk Grove Village, IL 60007-2605

Nancy Diller-Shively
4706 N. Ridge Drive
Akron, OH 44333-4702

National Serv-All
P.O. Box 9001099
Louisville, KY 40290-1099

NeoFunds by NeoPost
PO Box 30193
Tampa, FL 33630-3193

Neopost USA Inc.
25880 Network Place
Chicago, IL 60673-1258

Nestle
P.O. Box 856680
Louisville, KY 40285-6680

Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407

Norman Foster
1605 N. Midwest Blvd.
Edmond, OK 73034-8413

Norman J. Forts
1605 N. Midwest Blvd.
Edmond, OK 73034-8413

Northland Cable Television
P.O. Box 961
Corsicana, TX 75151-0961

Nova Healthcare, PA
110 Cypress Station, Suite 152
Houston, TX 77090-1637

Novacopy of Texas LLC
P.O. Box 1000, Dept 37
Memphis, TN 38148-0037

Nueces County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

OGE
PO Box 24990
Oklahoma City, OK 73124-0990

ONG
PO Box 219296
Kansas City, MO 64121-9296

OTA/Enforcement Branch
P.O. Box 11255
Oklahoma City, OK 73136-0255

Occupational Health Centers
PO Box 9005
Addison, TX 75001-9005

Occupational Health Centers
of Southwest
P.O. Box 9005
Addison, TX 75001-9005

Office Depot
PO Box 689020
Des Moines, IA 50368-9020

Official Committee of Unsecured Creditors
c/o Robert M. Hirsch
Argent Fox LLP
1675 Broadway
New York, NY 10019-5820

Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102-3441

Oklahoma State Board of Pharmacy
4545 Lincoln Blvd., Suite 112
Oklahoma City, OK 73105-3488

(p)OKLAHOMA TAX COMMISSION
120 N ROBINSON
STE 2000W
OKLAHOMA CITY OK 73102-7801

OpenGate Technologies
2421 Autumn Run Rd., Suite E
Ardmore, OK 73401-2278

Oschmann Employee
Screening Services
3360 S Palo Verde
Tucson, AZ 85713-5424

Ouachita Parish Tax Collector
PO Box 1803
Monroe, LA 71210-1803

Oxy Healthcare Services, Inc.
5415 Frutas, Suite A
El Paso, TX 79905-1724

Ozarka
P.O. Box 856680
Louisville, KY 40285-6680

PSLPT Properties Investors
PO Box 200697-07
Dallas, TX 75320-0697

Parigi Property Management, Ltd.
445 N 14th Street
Beaumont, TX 77702-1823

Parish of East Baton Rouge
Sig J Gautreaux, III
PO Box 91285
Baton Rouge, LA 70821-9285

Parkwest Staffing Services, Inc.
1011 Highway 6 South, Suite 303
Houston, TX 77077-1039

Paul A. Yeoham
2200 Ross Avenue, Suite 3838
Dallas, TX 75201-7968

Payless Tires
1214 W Ave G
Temple TX 76504-5309

Pedernales ElectricCorp, Inc.
P. O. Box 1
Johnson City, TX 78636-0001

Penske Truck Leasing CO., L.P.
PO Box 802577
Chicago, IL 60680-2577

Petra Industries
PO Box 960130
Oklahoma City, OK  73196-0130

Philadelphia Insurance Companies
PO Box 70251
Philadelphia, PA 19176-0251

Posey
PO Box 51017
Los Angeles, CA 90051-5317

Potter County Tax Office
c/o Perdue, Brandon, Fielder,
Collins & Mott, LLP
PO Box 9132
Amarillo, Texas 79105-9132

Precision Medical
300 Held Drive
Northampton, PA 18067-1150

Precision Tune
8000 South Western
Oklahoma City OK 73139-2504

Presto-X
24427 Network Place
Chicago, IL 60673-1244

Principal Financial Group
PO Box 10372
Des Moines, IA 50306-0372


Progressive Waste Solution
of LA, Inc.
PO Box 650348
Dallas, TX 75265-0348

Progressive Waste Solutions
of TX, Inc.
East Texas District
PO Box 650592
Dallas, TX 75265-0592

Purair
125 E 10th Street
NKC, MO 64116-4326


Quick-Fill Oxygen, Inc.
PO Box 1634
Hammond, LA 70404-1634

Quill
P.O. Box 37600
Philadelphia, PA 19101-0600

R+L Carriers, Inc.
PO Box 713153
Columbus, OH 43271-3153


RSVP Answering Services, Inc.
dba Sooner Answer Service, Inc.
c/o Matthew P. Lamb
501 W. Edmond Road
Edmond, OK 73003-5622

Randy Best
2200 Ross Avenue
Suite 3800
Dallas, TX 75201-7967

Randy Smith
11598 C R 2210
Tyler, TX 75707


Red Ball Oxygen
PO Box 7316
Shreveport, LA 71137-7316

Redi National
Pest Eliminators
PO Box 8527
Tyler, TX 75711-8527

Reliable Printing
2230 Michigan Avenue
Santa Monica, CA 90404-3906


Reliant Energy
PO Box 650475
Dallas, TX 75265-0475

Reliant Respiratory Care
8758 Silver Quail
San Antonio, TX 78250-6216

Republic Services
P.O. Box 9001099
Louisville, KY 40290-1099


ResMed
LockBox 534593
Atlanta, GA 30353-4593

Respironics
PO Box 405740
Atlanta, GA 30384-5740

Richard Diamond
5409 Castlewood Road
Dallas, TX 75229-4316


Richardson ISD
c/o Elizabeth Banda Calvo
Perdue Brandon Fielder et al
PO Box 13430
Arlington, TX 76094-0430

Robert A. Bourquin
1307 Ordway Place
Nashville, TN 37206-2731

Ron Wright
Tax Assessor - Collector
PO Box 961018
Fort Worth, TX 76161-0018


Ross
75 Remittance Drive
Suite 1310
Chicago, IL 60675-1310

Anthony Russo
Medline Industries, Inc.
One Medline Place
Mundelein, IL 60060-4486

SAL of Texas, LP
6833 Heatherknoll
Dallas, TX 75248-5531


San Gabriel Parkway
Investment Company
Attn: Kenneth G. Livadas
3683 San Gabriel River Parkway
Pico Rivera, CA 90660-1403

Diane W. Sanders
P O Box 17428
Austin, TX 78760-7428

Patrick J. Schurr
Scheef & Stone, L.L.P.
2601 Network Boulevard
Suite 102
Frisco, TX 75034-9092

Seebeck Partnership, LTD
505 Village West
San Marcos, TX 78666-9718

Sequal
Lockbox #17223
Dept. CH 17223
Palatine, IL  60055-7223

Sevcik's Service Center
2200Longmire Drive
College Station, TX 77845-5231

Sheila L. Palmer
Platte County Collector
415 Third St. Suite 40
Platte City, MO 64079-9364

Shred-it
10900 Lackman Road
Lenexa, KS 66219-1232

Shultz Investment Properties, LP
6833 Heatherknoll
Dallas, TX 75248-5531

Silver Door Partners LLC
55 Watermill Lane, Suite 300
Great Neck, NY 11021-4206

Silver Door Partners LLC
80 Cuttermill Road
Suite 205
Great Neck, NY 11021-3113

Silverman Stein & Associates
815 Brazos St., Suite 500
Austin, TX 78701-2509

Simmons &Wilcox
1964 CountryClub
Baton Rouge, LA 70808-1223

Smith County
Linebarger Goggan Blair & Sampson,LLP
c/o Laurie Spindler Huffman
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2644

Smith County
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie Spindler Huffman
2323 Bryan Street Ste 1600
Dallas, Texas 75201-2644

Snelling
PO Box 650765
Dallas, TX 75265-0765

Snelling-Lisle
2029 Ogden Ave
Lisle, IL 60532-1595

Snelling-St. Louis
1154 N Warson Road
St. Louis, MO 63132-1809

South Plains
Electric Cooperative
PO Box 600
Spur, TX  79370-0600

South Texas Auto Pro's
3700 N McColl Rd
McAllen, TX 78501-9164

South Texas College
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

South Texas ISD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

Southern California Edison
PO Box 300
Rosemead, CA 91770-0300

Southwest Surgical Systems, Inc.
PO Box 90247
Austin, TX 78709-0247

Span America
P.O. Box 5231
Greenville, SC 29606-5231

Sparkletts
PO Box 660579
Dallas, TX 75266-0579

Spenco
PO Box 841777
Dallas, TX 75284-1777

Spenco Medica Corp.
P. O. Box 2501
Waco, TX  76702-2501

Spring Mountain Water
928 Shady Lane
Lake Charles, LA 70601-8384

Sprint 547638815
P.O. Box 4181
Carol Stream, IL 60197-4181

Stanley Convergent
Security Solutions
Dept Ch 10651
Palatine, IL 60055-0001

State of California
Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511

Stefani Nachatilo
2307 N Pennsylvania Ave
Oklahoma City, OK 73107-3539

Sterling Trust FBO
Richard Diamond
AC 095132
PO Box 2526
Waco, TX 76702-2526

Sterling Trust FBO
Richard Ryan Shultz
AC 095198
PO Box 2526
Waco, TX 76702-2526

Sterling Trust FBO Windeye
Partners Qualified
Plan AC Q10517
PO Box 2526
Waco, TX 76702-2526

John Mark Stern
Office of the Texas Attorney General
Taxation Division
P.O.Box 12548, Capitol Station
Austin, TX 78711-2548

Steve Sumner
4434 W. 300 N.
Anderson, IN 46011-8722

Steven A. Theodos
121 Gus Lane
Ruston, LA 71270-7702

Sudden Link
PO Box 660365
Dallas, TX 75266-0365

Sunset Healthcare Solutions
2201 S. Halsted Street
Suite 1344
Chicago, IL 60608-4539

Swepco
PO BOX 24422
Canton OH 44701-4422

TAMCO Capital Corp
P.O. Box 6434
Carol Stream, IL 60197-6434

TXU-Carrollton
P.O. Box 650638
Dallas, TX 75265-0638

TXU-Denton
PO Box 650638
Dallas, TX 75265-0638

TXU-Grand Prairie
P.O. Box 650638
Dallas, TX 75265-0638

TXU-Richardson
P.O. Box 650638
Dallas, TX 75265-0638

TXU-Temple
P.O. Box 650638
Dallas, TX 75265-0638

TXU-Tyler
P.O. Box 650638
Dallas, TX 75265-0638

Tarrant County
Linebarger Goggan Blair & Sampson,LLP
c/o Laurie Spindler Huffman
2323 Bryan Street
SUite 1600
Dallas, TX 75201-2644

Tax Solutions, Inc.
Attn: Jack C. Evans
P.O. Box 6962
Texarkana, TX 75505-6962

Tel West
PO Box 81553
Austin, TX 78708-1553

Tele One
PO Drawer 7037
Tyler, TX 75711-7037

Texas Capital Bank
Attn: Elizabeth Mitchell
2000 McKinney Avenue
Suite 700
Dallas, TX 75201-1985

Texas Capital Bank
Attn: Sheila Barge
5800 Granite Pkwy
Suite 150
Plano, TX 75024-6635

Texas Capital Bank, National Association
c/o Mark X. Mullin
Haynes and Boone, LLP
2323 Victory Avenue, Ste. 700
Dallas, TX 75219-7673

Texas Comptroller
of Public Accounts
PO Box 149359
Austin, TX 78714-9359

Texas Comptroller of Public Accounts
John Stern
P.O. Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public Accounts and Tex
John Stern
P.O. Box 12548
Austin, TX 78711-2548

Texas Disposal Systems, Inc.
PO Box 660816
Dallas, TX 75266-0816

Texas Gas Service
PO Box 219913
Kansas City, MO 64121-9913

Texas Leon Tire Company
10324 Leopard Street
Corpus Christi, TX 78410-1926

Texas Lube & Oil
P.O. Box 260695
Corpus Christi, TX 78426-0695

Texas Medical Dist.
PO Box 266
Rockdale, TX 76567-0266

The Aftermarket Group
3866Solutions Center
Chicago, IL60677-3008

The Joint Commission
P.O. Box 92775
Chicago, IL 60675-2775

The Morgan Group, Inc.
Attn: Steven Finger
5606 South Rice Avenue
Houston, TX 77081-2118

The Service Center, L.L.C.
2000 S 25th Ave.
Suite S
Broadview, IL 60155-2818

The Watts Family Trust
810 Park Dale Drive
Southlake, TX 76092-7245

Thomas B. Evans
1817 Broken Bend Drive
Westlake, TX 76262-8205

Thompson, Coe,
Cousins & Irons, LLP
700 N. Pearl Street
25th Floor
Dallas, TX 75201-2832

Tim's Alarms L.L.C.
P.O. Box 706
Belton, TX 76513-0706

Time Warner
Cable Dayton
P.O. Box 740201
Cincinnati, OH 45274-0201

Time Warner Cable
PO Box 60074
City of Industry, CA 91716-0074

TracySign Inc.
3771 W. 11th Street
Tracy, CA 95304-9516

Travis County Tax
Assessor- Collector
PO Box 149328
Austin, TX 78714-9328

Tri-County Pest Management
PO Box 21152
Waco, TX 76702-1152

TriStar Pension
3232 W. Britton Rd., S-150
Oklahoma City, OK 73120-2053

Tryus Auto
3718 Westway
Tyler, TX 75703-6464

Tulsa World
PO Box 1770
Tulsa, OK  74102-1770

U-Store-It
201 South I-35 East
Denton, TX 76205-7109

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U.S. Med-Equip., Inc.
PO Box 41321
Houston, TX 77241-1321

UPS - PHILADELPHIA
PO BOX 7247-0244
PHILADELPHIA, PA  19170-0001

UPS Freight
P.O. Box 730900
Dallas, TX 75373-0900

US Bank
Office Equipment
Finance Services
P.O. Box 790448
St. Louis, MO 63179-0448

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Uline
Attn: Accounts Payable
2200 S. Lakeside Drive
Waukegan, IL 60085-8311

United Healthcare Insurance Co
22561 Network Place
Chicago, IL 60673-1225

United Heating & Cooling, Inc.
301 Duck Road
Grandview, MO 64030-3270

United States Attorney's Office
110 North College Avenue
Suite 700
Tyler, TX 75702-0204

United States Trustee's Office
110 North College Avenue
Suite 300
Tyler, TX 75702-7231

Unum
P.O. Box 409548
Atlanta, GA 30384-9548

Valvoline Instant Oil Change
806 Chatham Road
Belton, TX 76513-6708

John M. Vardeman
UST Office
110 N. College St., Suite 300
Tyler, TX 75702-7231

Verizon
PO Box 660108
Dallas, TX 75266-0108

Verizon California
P.O. Box 9688
Mission Hills, CA 91346-9688

Verizon Southwest
P.O. Box 920041
Dallas, TX 75392-0041

VoiceText Interactive
211 East 7th Street
12th Floor
Austin, TX 78701-3218

Waste Connections
of Texas LLC
Lubbock Dist 5114
PO Box 660177
Dallas, TX 75266-0177

Waste Connections of OK
4625 S. Rockwell
Oklahoma City, OK 73179-6415

Waste Management
of Baton Rouge
PO Box 9001054
Louisville, KY 40290-1054

Waste Management
of Belleville
5920 Gateway Industrial Dr,
Belleville, IL 62223-3478

Waste Management of Conroe
PO Box 660345
Dallas, TX 75266-0345

Waste Management of Houston
Houston Metro
PO Box 660345
Dallas, TX 75266-0345

Waste Management of Oklahoma
PO Box 660345
Dallas, TX 75266-0345

Waste Management of Wichita
P.O. Box 9001054
Louisville KY 40290-1054

Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL 60197-6434

Wells Fargo Financial Leasing, Inc.
800 Walnut Street
MAC N0005-055
Des Moines, IA 50309-3605

Westar Energy
P.O. Box 758500
Topeka, KS 66675-8500

Westbury Investment Partners SBIC, LP
c/o Patrick T. Collins
Farrell Fritz, P.C.
1320 RexCorp Plaza
Uniondale, NY 11556-0120

Westbury SBIC, Inc.
100 Motor Parkway, Suite 165
Hauppauge, NY 11788-5165

Westwood Properties
Attn: Paul D. Drawhorn
P.O. Box 630802
Nacogoches, TX 75963-0802

Wex Bank
P.O. Box 6293
Carol Stream, IL 60197-6293

Llynn White
Polsinelli PC
100 South Fourt Street
Suite 100
St. Louis, MO 63102

Will Thorne
17003 LazyElm Ct.
Houston, Tx 77095-4177

Jerry Williams
J-Meds Medical Services, Inc.
P.O. Box 1898
Burleson, TX 76097-1898

Winco
5516 S.W 1st Lane
Ocala, FL 34474-9366

Wood Street Enterprises, LLC
P.O. Box 391
Arcola, IL 61910-0391

Worldwide Express
2828 Routh Street
Suite 400
Dallas, TX 75201-1437

Xcel Energy
PO Box 9477
Minneapolis, MN 55484-0001

air gas - Mid South
PO Box 676015
Dallas, TX 75267-6015

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Frontier Communications
PO Box 20550
Rochester, NY 14602-0550

Oklahoma Tax Commission
PO Box 26860
Oklahoma City, OK 73126-0860


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AT&T
PO Box 5080
Carol Stream, IL 60197-5080

(d)Air Gas USA, LLC
P.O. Box 7423
Pasadena, CA 91109-7423

(d)Arlington ISD
c/o Elizabeth Banda Calvo
Perdue Brandon Fielder et al
PO Box 13430
Arlington, TX 76094-0430

(d)CPI Office Products
P.O. Box 292130
Lewisville, TX 75029-2130

(u)Cameron Co ID # 06

(u)City of Harlingen

(u)City of McAllen

(u)Harlingen CISD

(u)Nueces County

(d)Snelling-Lisle
2029 Ogden Ave
Lisle, IL 60532-1595

(u)South Texas College

(u)South Texas ISD

(d)Tarrant County
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie Spindler Huffman
2323 Bryan Street Ste 1600
Dallas, TX 75201-2644

End of Label Matrix
Mailable recipients    538
Bypassed recipients     13
Total                  551

Nueces County
c/o Diane W. Sanders
Linebarger Goggan Blair &
Sampson, LLP
P.O. Box 17428, Suite 300
Austin, TX 78760-7428

Cameron Co ID#06
c/o Diane W. Sanders
Linebarger Goggan Blair &
Sampson, LLP
P.O. Box 17428, Suite 300
Austin, TX 78760-7428

South Texas College
c/o Diane W. Sanders
Linebarger Goggan Blair &
Sampson, LLP
P.O. Box 17428, Suite 300
Austin, TX 78760-7428

Cameron County
c/o Diane W. Sanders
Linebarger Goggan Blair &
Sampson, LLP
P.O. Box 17428, Suite 300
Austin, TX 78760-7428

City of Harlingen
c/o Diane W. Sanders
Linebarger Goggan Blair &
Sampson, LLP
P.O. Box 17428, Suite 300
Austin, TX 78760-7428

City of McAllen
c/o Diane W. Sanders
Linebarger Goggan Blair &
Sampson, LLP
P.O. Box 17428, Suite 300
Austin, TX 78760-7428

Cameron County ISD
c/o Diane W. Sanders
Linebarger Goggan Blair &
Sampson, LLP
P.O. Box 17428, Suite 300
Austin, TX 78760-7428

Harlingen CISD
c/o Diane W. Sanders
Linebarger Goggan Blair &
Sampson, LLP
P.O. Box 17428, Suite 300
Austin, TX 78760-7428