B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of Texas

In re   **Med-Depot, Inc. d/b/a Hospice Source**
_____,
Debtor

Case No.   **13-41815**

Chapter   **11**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 6,572,075.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 18,776,330.74 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 355,770.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 0.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 13 | | | |
| Total Assets | | | 6,572,075.00 | | |
| Total Liabilities | | | | 19,132,100.74 | |

In re  **Med-Depot, Inc. d/b/a Hospice Source** , Case No. 13-41815
                                Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

  Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Deposits with Various Utilities and Landlords | - | 68,058.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                                Sub-Total >     **68,058.00**
                                                                (Total of this page)

  __2__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Med-Depot, Inc. d/b/a Hospice Source**                                    Case No. __13-41815__
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Multiple Customer Accounts Receiveable | - | 945,879.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claims againat Kenny Baker for violations of fiduciary duty and usurpation of corporate oppotunities | - | Unknown |

Sub-Total >     945,879.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Med-Depot, Inc. d/b/a Hospice Source**                                    Case No. __13-41815__
                                            Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Vehicles Used in Operation of Business | - | 1,365,397.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office and Warehouse Furniture, Computers | - | 125,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | See Attachment B-30 | - | 4,067,741.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >   **5,558,138.00**
(Total of this page)

Total >   **6,572,075.00**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  Med-Depot, Inc. d/b/a Hospice Source , Case No. 13-41815
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>Century Tokyo Leasing (USA) Inc.<br>c/o Megan M. Adeyemo<br>555 Seventeenth Street, Suite 3400<br>Denver, CO 80202 | | - | 02/18/2013<br>Certificate of Title<br>Four (4) Vehicles<br>Value $ 120,376.00 | | | | 122,628.00 | 2,252.00 |
| Account No.<br>Drive Credit Company<br>1719 Route 10 East, Suite 306<br>Parsippany, NJ 07054 | | - | 01/17/2013<br>UCC-1<br>Equipment<br>Value $ 24,898.00 | | | | 25,519.00 | 621.00 |
| Account No.<br>Invacare<br>c/o James Billingsley<br>2501 N. Harwood Street, Suite 1900<br>Dallas, TX 75201 | | - | Various<br>UCC-1<br>Inventory and Recievables<br>Value $ Unknown | | | | 2,391,530.00 | Unknown |
| Account No.<br>Key Equipment Finance Inc.<br>PO Box 74713<br>Cleveland, OH 44194-0796 | | - | 03/23/2011<br>UCC-1<br>Equitpment<br>Value $ 138,029.00 | | | | 142,049.00 | 4,020.00 |

1 continuation sheets attached

Subtotal (Total of this page)  2,681,726.00  6,893.00

B6D (Official Form 6D) (12/07) - Cont.

In re  **Med-Depot, Inc. d/b/a Hospice Source**                    Case No. **13-41815**
                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Texas Capital Bank<br>c/o Mark X. Mullin<br>2323 Victory, Suite 700<br>Dallas, TX 75219 | - | | 05/26/2011<br><br>UCC-1<br><br>All Personal Property<br><br>Value $  Unknown | | | | 2,415,625.92 | Unknown |
| Account No.<br><br>Texas Capital Bank<br>c/o Mark X. Mullin<br>2323 Victory, Ste. 700<br>Dallas, TX 75219 | - | | 05/26/2011<br><br>UCC-1<br><br>All Personal Property<br><br>Value $  Unknown | | | | 1,570,697.82 | Unknown |
| Account No.<br><br>Westbury Investment Partners SBIC, LP<br>c/o Patrick Collins<br>1320 RXR Plaza<br>Uniondale, NY 11556 | - | | 05/26/2011<br><br>UCC-1<br><br>All Personal Property<br><br>Value $  Unknown | | | | 12,108,281.00 | Unknown |
| Account No.<br><br><br><br>Value $ | | | | | | | | |
| Account No.<br><br><br><br>Value $ | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) | 16,094,604.74 | 0.00
Total (Report on Summary of Schedules) | 18,776,330.74 | 6,893.00

B6E (Official Form 6E) (4/13)

In re   **Med-Depot, Inc. d/b/a Hospice Source**                                    Case No. 13-41815
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* _Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

                            3    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Med-Depot, Inc. d/b/a Hospice Source**  ,  Case No. **13-41815**
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Various Employees (See Exhibit A)** | - | | July 21, 2013 - July 26, 2013<br>Wages | | | | 97,498.00 | 0.00 | 97,498.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)  | 97,498.00 | 0.00 | 97,498.00

B6E (Official Form 6E) (4/13) - Cont.

In re   **Med-Depot, Inc. d/b/a Hospice Source**                            Case No. __13-41815__
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  Various Employees | | - | July 21, 2013 - July 26, 2013  Empoloyee Benefits | | | | 71,394.00 | 0.00 | 71,394.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __2__ of __3__ continuation sheets attached to                        Subtotal                                0.00
Schedule of Creditors Holding Unsecured Priority Claims            (Total of this page)    71,394.00        71,394.00

B6E (Official Form 6E) (4/13) - Cont.

In re **Med-Depot, Inc. d/b/a Hospice Source**, Case No. 13-41815
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> **Payroll Taxes** | | - | | | | | 22,424.00 | 0.00 | 22,424.00 |
| Account No. <br> **Texas Comptroller** <br> c/o John Stern <br> P.O. Box 12458 <br> Austin, TX 78711-2548 | | - | First Quarter 2012 <br> Franchise Taxes | | | X | 65,000.00 | 0.00 | 65,000.00 |
| Account No. <br> **Various Ad Valorem Taxes (See Exhibit B)** | | - | January 1, 2013 | | | | 99,454.00 | 0.00 | 99,454.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page) 186,878.00 | 0.00 | 186,878.00

Total
(Report on Summary of Schedules) 355,770.00 | 0.00 | 355,770.00

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

Case 13-41815    Doc 110    Filed 09/06/13    Entered 09/06/13 09:16:28    Desc Main
Document    Page 11 of 15

Attachment A

| Last | First | Title | | |
|---|---|---|---|---|
| Griffin | Anthony | Dispatch Team Lead | $34,028.80 | $654.40 |
| Hairell | Kathryn | Site Manager | $31,902.00 | $613.50 |
| Harmoning | Tammi | Director Of Finance | $70,000.06 | $1,346.16 |
| Harris | Austin | Patient Care Associate | $22,880.00 | $440.00 |
| Hayden | James | Patient Care Associate | $24,460.80 | $470.40 |
| Henderson | Amy | Sr Business Operations Specialist | $42,952.00 | $826.00 |
| Henry | William | Patient Care Associate | $22,880.00 | $440.00 |
| Ivins | Michael | Respiratory Therapist | $41,600.00 | $800.00 |
| Jackson | Washonda | DCSD Supervisor | $38,480.00 | $740.00 |
| Jaime | Jorge | Patient Care Associate | $25,521.60 | $490.80 |
| Jernigan | Patricia | Site Manager | $46,789.60 | $899.80 |
| Johnson | Craig | Patient Care Lead | $36,420.80 | $700.40 |
| Johnson | Lawrence | Patient Care Associate | $25,792.00 | $496.00 |
| Jones | Christopher | Patient Care Lead | $32,760.00 | $630.00 |
| Jordan | James | Distribution Analyst | $62,000.12 | $1,192.31 |
| Kees | Derrick | Patient Care Associate | $25,313.60 | $486.80 |
| King | Christopher | Patient Care Associate | $24,960.00 | $480.00 |
| Knight | Shawn | Director of Clinical Services | $59,999.94 | $1,153.85 |
| Kober | Jeffery | Site Manager | $49,079.94 | $943.85 |
| LeBlanc | Marlee | Director of Human Resources | $75,000.12 | $1,442.31 |
| Loera | Sergio | Patient Care Associate | $24,460.80 | $470.40 |
| Lynn | Richard | Patient Care Associate | $22,505.60 | $432.80 |
| Madrigal Jr | Anthony | Patient Care Associate | $28,080.00 | $540.00 |
| Manderscheid | Mark | Area Operations Manager | $75,000.12 | $1,442.31 |
| March | Christopher | Patient Care Associate | $14,976.00 | $288.00 |
| Marks | Maurice | Patient Care Associate | $29,785.60 | $572.80 |
| Marovich | Collin | Patient Care Associate | $28,600.00 | $550.00 |
| Martinez | Mariano | Patient Care Associate | $23,400.00 | $450.00 |
| Mattozo | JoHann | Patient Care Associate | $22,360.00 | $430.00 |
| McFarland | Michael | Patient Care Associate | $23,920.00 | $460.00 |
| Montgomery | Matthew | Site Manager | $31,200.00 | $600.00 |
| Monych | Charles | Patient Care Associate | $24,460.80 | $470.40 |
| Morales | Carlos | Patient Care Associate | $24,960.00 | $480.00 |
| Morgret | Terry | Patient Care Associate | $22,339.20 | $429.60 |
| Morris | John | Patient Care Associate | $27,643.20 | $531.60 |
| Morse | Ryan | Patient Care Associate | $23,920.00 | $460.00 |
| Mouton | Romell | Patient Care Associate | $24,460.80 | $470.40 |
| Muniz | Michael | Patient Care Associate | $22,880.00 | $440.00 |
| Murillo | Benito | Patient Care Associate | $23,920.00 | $460.00 |
| Nagel | Kelli | Site Manager | $29,120.00 | $560.00 |
| Nava | Marcos | Patient Care Associate | $20,800.00 | $400.00 |
| Nicholas | Terri | Customer Service Associate | $24,960.00 | $480.00 |
| Noel | Chelsea | Accounts Payable Coordinator | $28,080.00 | $540.00 |
| Nolan | Kelly | Patient Care Associate | $28,392.00 | $546.00 |
| Nuban | Kambiz | Account Manager | $51,125.10 | $983.18 |
| Parales | Ericson | Patient Care Associate | $22,339.20 | $429.60 |
| Pollet | John | Patient Care Associate | $25,979.20 | $499.60 |

Attachment A

| Last Name | First Name | Title | Salary | Amount |
|---|---|---|---|---|
| Queen | Cornelia | Director, Business Operations Dev. | $72,316.14 | $1,390.70 |
| Ramirez | Cesar | Patient Care Associate | $21,840.00 | $420.00 |
| Regino | Robert | Site Manager | $38,854.92 | $747.21 |
| Ricarte | Francisco | Patient Care Associate | $21,840.00 | $420.00 |
| Richardson | Jeffrey | Patient Care Associate | $24,460.80 | $470.40 |
| Rivera | Juan | Patient Care Associate | $23,400.00 | $450.00 |
| Rodgers | Conrad | Patient Care Lead | $26,520.00 | $510.00 |
| Rodriguez | Roberto | Patient Care Associate | $20,800.00 | $400.00 |
| Rodriguez | Steven | Patient Care Associate | $24,460.80 | $470.40 |
| Rodriguez | James | Patient Care Associate | $24,460.80 | $470.40 |
| Rosich | Anthony | CFO | $149,999.98 | $2,884.62 |
| Rossell | Samantha | HR Administrator | $29,993.60 | $576.80 |
| Sabado | James | Site Manager | $30,000.10 | $576.93 |
| Salazar | Federico | Patient Care Associate | $24,460.80 | $470.40 |
| Sanchez | James | Patient Care Associate | $27,851.20 | $535.60 |
| Sanders | Brittney | Customer Service Associate II | $26,520.00 | $510.00 |
| Schanaman | Calessa | Quality Assurance Associate | $7,150.00 | $137.50 |
| Schanaman | Nashion | Repair Technician | $22,880.00 | $440.00 |
| Schanaman | Edwin | COO | $149,999.98 | $2,884.62 |
| Sewald | John | Patient Care Associate | $23,920.00 | $460.00 |
| Shallenbarger | Gary | Patient Care Associate | $24,460.80 | $470.40 |
| Soehren | Christopher | Patient Care Associate | $23,400.00 | $450.00 |
| Soto | Victor | Patient Care Lead | $26,000.00 | $500.00 |
| Southwick | Jodi | Customer Service Manager | $60,327.54 | $1,160.15 |
| Southwick | Gene | Director of Logistics | $86,912.54 | $1,671.40 |
| Stevenson | Keri | Patient Care Associate | $22,880.00 | $440.00 |
| Stirton | Renea | Site Manager | $43,135.04 | $829.52 |
| Sweats | Melvin | Patient Care Associate | $23,400.00 | $450.00 |
| Thomas | Brandon | Patient Care Associate | $21,320.00 | $410.00 |
| Thorne | Wilfred | Account Manager | $51,125.10 | $983.18 |
| Tidwell | Luke | Account Manager | $56,237.48 | $1,081.49 |
| Torres | Jose | Patient Care Associate | $24,460.80 | $470.40 |
| Trevino | Ricardo | Site Manager | $43,456.40 | $835.70 |
| Trosclair | David | Patient Care Associate | $23,920.00 | $460.00 |
| Valdez | Sergio | Patient Care Associate | $21,840.00 | $420.00 |
| Vasquez | Jorge | Site Manager | $35,499.88 | $682.69 |
| Viers | Derek | Patient Care Associate | $26,790.40 | $515.20 |
| Villalobos | Armando | Site Manager | $35,499.88 | $682.69 |
| Wade | James | Warehouse Technician | $21,278.40 | $409.20 |
| Wahls | Blake | Patient Care Lead | $34,028.80 | $654.40 |
| Warren | Michael | Patient Care Associate | $28,392.00 | $546.00 |
| Wells | John | Patient Care Associate | $23,920.00 | $460.00 |
| Welty | James | Patient Care Associate | $22,880.00 | $440.00 |
| West | Jeffrey | CEO | $249,999.88 | $4,807.69 |
| Williams | Georgiardell | Quality Assurance Associate | $30,160.00 | $580.00 |
| Williams | Michael | Account Manager | $66,462.50 | $1,278.13 |
| Williams | Delwin | Patient Care Associate | $22,880.00 | $440.00 |

*Attachment A*

| Last Name | First Name | Title | | |
|---|---|---|---|---|
| Williams | John | Respiratory Therapist | $46,800.00 | $900.00 |
| Williams Jr | Kenneth | Patient Care Associate | $26,790.40 | $515.20 |
| Wimbish | Michael | Warehouse Technician | $23,920.00 | $460.00 |
| Wolff | Richard | IT Director | $54,999.88 | $1,057.69 |
| Wright | Russell | Patient Care Associate | $24,460.80 | $470.40 |
| Young | Jeffrey | Site Manager | $32,965.40 | $633.95 |
| Ziegler | Daniel | Patient Care Associate | $24,460.80 | $470.40 |

Officers Highlighted

Attachment B

## 2013 Property Tax Estimates

| Location | Address | County | City | ST | ZIP | Estimated Taxed January 1-July 26, 2013 |
|---|---|---|---|---|---|---|
| 1000 - CORPORATE | 1200 COMMERCE DRIVE #100 | COLLIN | PLANO | TX | 75093 | 2,726.01 |
| 1010 - FARMERS BRANCH | 3113 GARDEN BROOK DRIVE | DALLAS | FARMERS BRANCH | TX | 75234 | 18,590.95 |
| 2110 - DENTON | 2321 MASCH BRANCH ROAD #323 | DENTON | DENTON | TX | 76207 | 55.65 |
| 2120 - GRAND PRAIRIE | 2669 AERO DRIVE | TARRANT | GRAND PRAIRIE | TX | 75052 | 13,015.20 |
| 2130 - RICHARDSON | 500 E ARAPAHO ROAD #403 | DALLAS | RICHARDSON | TX | 75081 | 409.12 |
| 2150 - TYLER | 12444 HWY 155 SOUTH - UNIT A3 | SMITH | TYLER | TX | 75703 | 3,913.74 |
| 2160 - WACO | 808 E PANTHERWAY | MCLENNAN | WACO | TX | 76712 | 24.11 |
| 2170 - TEMPLE | 401 B COTTINGHAM DRIVE | BELL | TEMPLE | TX | 76504 | 6,202.55 |
| 2180 - CADDO MILLS | 3169 IH 30W #1 | HUNT | CADDO MILLS | TX | 75135 | 737.36 |
| 2210 - AUSTIN | 8906 WALL STREET #602 | TRAVIS | AUSTIN | TX | 78754 | 7,126.29 |
| 2220 - SAN MARCOS | 118 HAYS STREET | HAYS | SAN MARCOS | TX | 78666 | 216.93 |
| 2230 - SAN ANTONIO | 5319 JACKWOOD DRIVE | BEXAR | SAN ANTONIO | TX | 78238 | 8,199.80 |
| 2310 - HOUSTON | 4500 W 34TH #D | HARRIS | HOUSTON | TX | 77092 | 10,401.61 |
| 2320 - COLLEGE STATION | 2151 HARVEY MITCHELL PKWY #306 | BRAZOS | COLLEGE STATION | TX | 77840 | 2,625.10 |
| 2330 - BEAUMONT | 6640 WESTWOOD BLVD | JEFFERSON | BEAUMONT | TX | 77707 | 5,050.45 |
| 2350 - CONROE | 3704 HILLTOP DRIVE #100 | MONTGOMERY | CONROE | TX | 77303 | 1,088.50 |
| 2410 - CORPUS CHRISTI | 802 N NAVIGATION #204 | NUECES | CORPUS CHRISTI | TX | 78408 | 612.82 |
| 2420 - MCALLEN | 417 E CEDAR #H | HIDALGO | MCALLEN | TX | 78501 | 4,501.74 |
| 2430 - HARLINGEN | 2125 N 77 SUNSHINE STRIP #4 | CAMERON | HARLINGEN | TX | 78550 | 515.22 |
| 2510 - EL PASO | 9401 CARNEGIE #S 2 C&D | EL PASO | EL PASO | TX | 79925 | 2,651.45 |
| 2520 - LUBBOCK | 8399 AVENUE F | LUBBOCK | LUBBOCK | TX | 79404 | 1,102.65 |
| 2530 - AMARILLO | 1720 S NELSON STREET #B | POTTER | POTTER | TX | 79103 | 2,175.80 |
| 3010 - TEXARKANA | 2003 CHELF ROAD #102 | BOWIE | BOWIE | TX | 75501 | 1,484.61 |
| 3080 - RIVERSIDE | 4104 NW RIVERSIDE ST | PLATTE | RIVERSIDE | MO | 64150 | 6,026.49 |
| | Totals for Properties: | | | | | 99,454.18 |

B6H (Official Form 6H) (12/07)

In re  **Med-Depot, Inc. d/b/a Hospice Source**                    Case No. __13-41815__
                              Debtor

# SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Med-Depot Holdings, Inc.**<br>1200 Commerce Drive, Suite 100<br>Plano, TX 75093 | **Texas Capital Bank**<br>c/o Mark Mullin<br>Haynes & Boone LLP<br>2323 Victory Ave., Suite 700<br>Dallas, TX 75219 |
| **Med-Depot Holdings, Inc.**<br>1200 Commerce Drive, Suite 100<br>Plano, TX 75093 | **Westbury Investment Partners SBIC, LP**<br>c/o Patrick Collins<br>Farrell Fritz, P.C.<br>1320 RXR Plaza<br>Uniondale, NY 11556 |

  0
_____ continuation sheets attached to Schedule of Codebtors