IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION


EOD
09/10/2013

| | | |
|---|---|---|
| In re: | § | Case No. 13-41815 |
| | § | |
| MED-DEPOT, INC. d/b/a HOSPICE SOURCE, ET AL., | § § § | (Chapter 11) |
| | § | JOINTLY ADMINISTERED |
| Debtor | § | |

**ORDER APPROVING AMENDED DISCLOSURE STATEMENT, SETTING CONFIRMATION DEADLINES AND HEARING, AND SETTING VOTING DEADLINE**

CAME ON FOR HEARING on the 9th day of September, 2013, the *Amended Disclosure Statement in Support of Debtor's Amended Plan of Reorganization* (the "Disclosure Statement") [Docket No. 112] filed by Med-Depot, Inc. d/b/a Hospice Source and Med-Depot Holdings, Inc. (collectively, the "Debtors"), the debtors-in-possession in the above styled and jointly administered bankruptcy case (the "Bankruptcy Case"), in support of the *Debtor's Amended Plan of Reorganization* [Docket No. 113] (as the same may be amended or modified, the "Plan"). At said hearing, the Debtors' proposed amendments to the disclosure statement to address certain objections to the same.

Having considered the Disclosure Statement, the applicable law, and the evidence, and based on the Court's familiarity with this Bankruptcy Case, and finding it necessary and appropriate to specify various deadlines and other requirements regarding the proposed confirmation of the Plan, it is hereby:

ORDERED that the Disclosure Statement is APPROVED for solicitation; it is further

ORDERED that any objection remaining to the Disclosure Statement is OVERRULED, without prejudice to any such objection in the nature of an objection to the confirmation of the Plan, and with all such plan objections being carried to the Confirmation Hearing, subject to the Objection Deadline; it is further

___

ORDERED that the Debtors may serve the Disclosure Statement, Plan, this Order, ballots and a notice of the Confirmation Hearing, Voting Deadline, and Objection Deadline ( the foregoing, the "Solicitation Package"), all on or before September 15, 2013; it is further

ORDERED that, provided the Debtors timely serve the Solicitation Packages, the deadline for any creditor or party to object to confirmation of the Plan is hereby set as 5:00 p.m. (Central Time) on October 14, 2013 (the "Objection Deadline"); it is further

ORDERED that, provided the Debtors timely serve the Solicitation Package, the deadline for any creditor or party to return a ballot on the Plan is hereby set as 5:00 p.m. (Central Time) on October 16, 2013 (the "Voting Deadline"); it is further

ORDERED that John Leininger is appointed as the agent to collect and tabulate all such ballots (the "Balloting Agent"), and that creditors may return ballots to the Balloting Agent by e-mail, facsimile, mail, or otherwise, so long as the same are actually received by the Balloting Agent by the Voting Deadline; it is further

ORDERED that the Balloting Agent shall tabulate all ballots and shall file a summary thereof with the Court on or before October 18, 2013 and, in the event of any dispute concerning the same, shall have all ballots ready for inspection and introduction into evidence at the Confirmation hearing; it is further

ORDERED that the hearing to consider the confirmation of the Plan shall convene on October 21, 2013 at 3:00 p.m. (the "Confirmation Hearing"); it is further

[Remainder of Page Blank]

ORDERED that any witness and exhibit and exhibit list to be filed for the Confirmation Hearing shall be filed, as otherwise appropriate, and exhibits shall be exchanged, by noon on October 17, 2013.

SO ORDERED.

Signed on 9/10/2013

*Brenda T. Rhoades*   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE