IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-41815 |
| | § | |
| MED-DEPOT, INC. d/b/a HOSPICE | § | (Chapter 11) |
| SOURCE, ET AL., | § | |
| | § | JOINTLY ADMINISTERED |
| Debtor | § | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 13, 2013, the following documents were served via electronic mail on the parties subscribing to the Court' CM/ECF system in this case and by United States mail on the parties listed on the attached service list:

(i)     Amended Disclosure Statement in Support of Amended Joint Plan of Reorganization and all Exhibits thereto;

(ii)    Amended Joint Plan of Reorganization;

(iii)   Order Approving Disclosure Statement;

(iv)    Notice of Confirmation Hearing and Plan Deadlines; and

(v)     Ballots for accepting or rejecting the Plan.

Respectfully submitted this 13th day of September, 2013.

/s/ John C. Leininger
Keith M. Aurzada
State Bar No. 24009880
John C. Leininger
State Bar No. 24007544
Bryan Cave LLP
2200 Ross Ave., Suite 3300
Dallas, Texas 75201
(214) 721-8000 (Telephone)
(214) 721-8100 (Facsimile)

Attorneys for Debtors-in-Possession

Easy Peel® Labels
Use Avery® Template 5160®

Feed Paper ▲ Bend along line to expose Pop-up Edge™

AVERY® 5160®

1200 Commerce, Ltd
3609 Wentwood
Dallas, TX 75225-5114

2200 Ogden, LLC
2215 York Road, Suite 304
Oak Brook, IL 60523-4004

ABC Home & Commercial Services
8448 N. Sam Houston Parkway West
Houston, TX 77064-3445

ACE
4149 Highline Blvd, Suite 300
Oklahoma City, OK 73108-2097

ADP Screening and Selection Services
36307 Treasury Center
Chicago, IL 60694-6300

ADT
PO Box 371956
Pittsburgh, PA  15250-7956

ARAB Termite & Pest Control
Dincoff Co., / Arab Pest Control
429 E Dupont Rd PMB 202
Fort Wayne, IN 46825-2051

AT&T
P.O. Box 5001
Carol Stream, IL 60197-5001

AT&T
PO Box 105262
Atlanta, GA 30348-5262

AT&T
PO Box 105414
Atlanta, GA 30348-5414

AT&T
PO Box 5080
Carol Stream IL 60197-5080

AT&T
PO Box 650661
Dallas, TX 75265-0661

AT&T 287021205295
PO Box 6463
Carol Stream, IL 60197-6463

AT&T 316-682-3800
P.O. Box 5001
Carol Stream, IL 60197-5001

AT&T 318-254-0023
PO Box 105262
Atlanta, GA 30348-5262

AT&T 361-880-4100
PO Box 105414
Atlanta, GA 30348-5414

AT&T 409-384-2896
PO Box 5001
Carol Stream IL 60197-5001

AT&T 409-866-3600
PO Box 105414
Atlanta, GA 30348-5414

AT&T 512 719 5910
PO BOX 105414
Atlanta, GA 30348-5414

AT&T 512 A13-0799
PO Box 105414
Atlanta, GA 30348-5414

AT&T 618-235-4160
PO Box 5080
Carol Stream, IL 60197-5080

AT&T 713-680-8221
P.O. Box 5001
Carol Stream, IL 60197-5001

AT&T 765-521-0158
P.O. Box 8100
Aurora, IL 60507-8100

AT&T 806-373-3555
P.O. Box 105414
Atlanta, GA 30348-5414

AT&T 806-745-1230
P.O. Box 5001
Carol Stream, Il 60197-5001

AT&T 815-625-2175
PO Box 5080
Carol Stream, IL 60197-5080

AT&T 816-333-6100
PO Box 5001
Carol Stream, IL 60197-5001

AT&T 816-741-3876
PO Box 5001
Carol Stream, IL 60197-5001

AT&T 816-741-4512
P.O. Box 5001
Carol Stream, IL 60197-5001

Étiquettes faciles à peler
Sens de    Repliez à la hachure afin de
www.avery.com

Easy Peel® Labels
Use Avery® Template 5160®

Feed Paper          Bend along line to
                    expose Pop-up Edge™

AVERY® 5160®

AT&T 903-526-8667
PO Box 5001
Carol Stream, IL 60197-5001

AT&T 915-590-7600
PO Box 105414
Atlanta, GA 30348-5414

AT&T 972-243-1700
PO Box 5001
Carol Stream, IL 60197-5001

AT&T Long Distance
P.O. Box 5017
Carol Stream, IL60197-5017

Accent Self Storage
1212 N. Duncanville Road
Duncanville, TX 75116-2206

Active Electric Co., Inc.
9238 Bermudez St.
Pico Rivera, CA 90660-4510

Adecco Employment Services
DEPT CH 14091
Palatine IL 60055-4091

Megan M. Adeyemo
555 E 17th Street Suite 3400
Denver, CO 80202-3937

Advanced Systems and Alarms
1130 Lindbergh
Beaumont, TX 77707-4124

David G. Aelvoet
Linebarger Goggan Blair Pena
711 Navarro, Suite 300
San Antonio, TX 78205-1749

Air Care LLC
1999 N. Amidon
Wichita, KS 67203-2121

Air Gas - Mid America
PO Box 802615
Chicago, IL 60680-2615

Air Gas - SW
PO Box676031
Dallas TX 75267-6031

Air Gas USA, LLC
P.O. box 7423
Pasadena, CA 91109-7423

Air gas - Purtian Medical
PO Box 676015
Dallas, TX 75267-6015

Air gas Great Lakes
P.O. Box 802576
Chicago, IL 60680-2576

Airgas USA, LLC
attn: Bankruptcy
6055 Rockside Woods Blvd. 6th Floor
Independece, OH 44131-2301

AliMed
125 South Green Street, Suite # 1110-A
Chicago, IL 60607-3718

Allied Waste
PO Box 78829
Phoenix, AZ 85062-8829

Allied Waste 3-0847-0001498
PO Box 78829
Phoenix, AZ 85062-8829

Allied Waste 3-0862-0004907
PO Box 78829
Phoenix, AZ 85062-8829

Alline Parker
8025 Old McGregor Road
Waco, TX 76712-3841

Ameren Illinois
2105 E. State Route 104
Pawnee, IL 62558-4685

Ameren Illinois
P.O. Box 66893
St. Louis, MO 63166-6893

Ameri-Tech Termite & Pest Control Inc.
6400 Boat Club Road, Ste. 175
Forth Worth, TX 76179-4711

American Express
PO Box 650448
Dallas, TX 75265-0448

American Fire and Safety, Inc.
3310 E. Adams
Temple, TX 76501-9620

American Fire and SafetyCo., Inc.
1521 W. Reno
OklahomaCity, OK 73106-3297

American Medical Gases
857 Tristar Suite # B
Webster, TX 77598-1553

American Waste Control
1420 West 35th Street
Tulsa, OK 74107-3814

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®

Sens de

Repliez à la hachure afin de
révéler le rebord Pop-up™

www.avery.com
1-800-GO-AVERY

Easy Peel® Labels
Use Avery® Template 5160®

Feed Paper ▲   Bend along line to expose Pop-up Edge™

▲ AVERY® 5160®

Amigo Energy
PO Box 203357
Houston, TX 77216-3357

Andy On Call Service
3415 Custer Road, Suite 127
Plano, TX 75023-7555

George P. Angelich
Argent Fox LLP
1675 Broadway
New York, NY 10019-5820

Anodyne Medical Device, Inc.
2618 Momentum Place
Chicago, IL 60689-5326

Aramark
AUS Central Lockbox
PO Box 731676
Dallas, TX 75373-1676

Argyle Welding Supply Inc.
PO Box 6889
Albuquerque, NM 87197-6889

Arlington ISD
c/o Elizabeth Banda Calvo
Perdue Brandon Fielder et al
PO Box 13430
Arlington, TX 76094-0430

Aspire Home Care & Hospice
PO Box 176
Tishoming, OK 73460-0176

Atmos
PO Box 790311
St. Louis, MO 63179-0311

Atmos EnergyAmarillo
P.O. Box 790311
St. Louis, MO 63179-0311

Audio Video Security
909 University Drive East
College Station, TX 77840-2360

Augsburger Family Partnership, LTD
ATTN: Larry Augsburger
2750 North Southorn Oaks
Houston, TX 77068-2611

Auto Tow & Recovery
1113 East 13th Street
Kansas City, MO 64106-3114

AutoZone Inc.
PO Box 116067
Atlanta, GA 30368-6067

Autozone, Dept 9003
PO Box 10
Memphis, TN 38101-0010

BWC State Ins. Fund
Corporate Processing Dept.
Columbus, OH 43271-0977

Baker Law PLLC
2200 Ross Avenue, Suite 4050
Dallas, TX 75201-2779

Baker Motor Co.
2030 Ireland Grove Road
Bloomington, IL 61704-7104

Elizabeth Banda Calvo
Perdue, Brandon, Fielder, Collins & Mott
4025 Woodland Park Blvd., Suite 300
PO Box 13430
Arlington, TX 76094-0430

John T. Banks
Perdue,Brandon, Fielder,Collins & Mott
3301 Northland Drive, Suite 505
Austin, TX 78731-4954

Barry D. Freeman
256 Van Damin Avenue
Glen Ellyn, IL 60137-5522

Barry Waranch
4901 LBJ, #100
Dallas, TX 75244-6141

BeavEx, Inc.
615 Westport Parkway, Ste 600
Grapevine, TX 76051-6751

Bell County Tax Appraisal District
PO Box 390
Belton, TX 76513-0390

Ben Hackleman
159 PineSt.
Ashdown, AR 71822-8341

Bexar County
c/o David G. Aelvoet
Linebarger Goggan Blair Pena
711 Navarro, Suite 300
San Antonio, TX 78205-1749

Bexar County
c/o David G. Aelvoet
711 Navarro Suite 300
San Antonio, TX 78205-1749

Bexar County Tax Assessor - Col
Sylvia S. Romo
PO Box 839950
San Antonio, TX 78283-3950

James H. Billingsley
Polsinelli Shughart
2501 N. Harwood
Suite 1900
Dallas, TX 75201-1664

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®

Sens de chargement

Repliez à la hachure afin de révéler le rebord Pop-up™

www.avery.com
1-800-GO-AVERY

Easy Peel® Labels
Use Avery® Template 5160®

Feed Paper   expose Pop-up Edge™   AVERY® 5160®

BlackHills Gas
PO Box 6001
Rapid City, SD 57709-6001

Bluebonnet Waste Control
P.O. Box 223845
Dallas, TX 75222-3845

Bowman and Brooke LLP
2501 N. Harwood Street, Suite 1700
Dallas, TX 75201-1663

David Boyle
Airgas USA, LLC
P.O. Box 6675
Radnor, PA 19087-8675

Brent McCarty
4242 Valley Ridge
Dallas, TX 75220-1926

Broda Enterprise USA Inc
1301 West 400 North Street
Orem, UT 84057-4442

Bruce Burns
6121 Indian School Road NE, Suite 101
Albuquerque, NM 87110-4165

Burleson Wall Street, LLC
Attn: ANDREW LUKEI
19762 MacArthur Blvd., Suite 160
Irvine, CA 92612-2485

C.H. Robinson Worldwide, Inc.
PO Box 9121
Minneapolis, MN 55480-9121

C3 Family Enterprises
Attn: James Wiley
3 E Oakwood Hills
Chandler, AZ 85248-6200

CBeyond
P.O. Box 848432
Dallas, TX 75284-8432

CPI Office Products
P.O. box 292130
Lewisville, TX 75029-2130

CPL Retail Energy
PO Box 660897
Dallas, TX 75266-0897

CPS Energy
PO Box 2678
San Antonio, TX 78289-0001

CRP Holdings A, LP
Riverside Portfolio Lockbox
88270 Expedite Way
Chicago, IL 60695-0001

CRP Holdings A-1, LLC
c/o Colony Realty Partners, LLC
Two International Place
Boston, MA 02110-4104
Attn: Jacob Fiumara

Cable One
PO Box 78407
Phoenix AZ 85062-8407

California Medical Repair
9960 Indiana Ave., Suite 12
Riverside, CA 92503-5457

Cameron Co ID #06
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

Cameron County

Cameron County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

Care Labs, Inc.
PO Box 637
Missouri City, TX 77459-0637

Care Products
PO Box 720193
McAllen, TX 78504-0193
Attn: Rosie

CareerBuilder, LLC.
13047 Collection Center Dr.
Chicago, IL 60693-0130

Carlos R. Hamilton III
6254 Doliver
Houston, TX 77057-1814

Carrollton-Farmers Branch I.S.D.
1445 N. Perry Road
PO Box 110611
Carrollton, TX 75011-0611

Caruth Marketing
5807 Glen Falls Lane
Dallas, TX 75209-2415

Casali & Son's Disposal Service, Inc.
PO Box 3783
Bloomington, IL 61702-3783

Central Plains Maintenance, Inc.
P.O. Box 9224
Wichita, KS 67277-0224

Étiquettes faciles à peler
Sens de
Repliez à la hachure afin de
www.avery.com
1-800-GO-AVERY

Easy Peel® Labels
Use Avery® Template 5160®

▲ Feed Paper ▲ Bend along line to expose Pop-up Edge™

AVERY® 5160®

Century Tokyo Leasing (U.S.A.), Inc., as Ser
Megan Adeyemo, Esq.
Gordon & Rees LLP
555 17th St., Suite 3400
Denver, CO 80202-3937

Century Tokyo Leasing (U.S.A.), Inc., as Ser
c/o Megan Adeyemo, Esq.
Gordon & Rees LLP
555 - 17th St., Suite 3400
Denver, CO 80202-3937

Century Tokyo Leasing (USA) Inc.
c/o Megan M. Adeyemo
555 Seventeenth St., Ste. 3400
Denver, CO 80202-3937

CenturyLink Business
PO Box 4300
Carol Stream, IL 60197-4300

Charles J. Clute
3105 Forest Shores Lane
Highland Village, TX 75077-6487

Chattanooga Group
PO Box 848101
Dallas TX 75284-8101

Chrisman Properties LLC
Attn: Kenny Wright
c/o Hilltop I Rentals LLC
7457 Holister
Houston, TX 77040-5325

Cintas
45 NE42
OklahomaCity, OK 73105

City Garage
6426 N Jupiter Road
Garland, TX 75044

City Of Harlingen
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

City Of McAllen
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

City of Austin
PO Box 2267
Austin, TX  78783-2267

City of Austin 5527642-2
PO Box 2267
Austin, TX  78783-2267

City of Belleville
PO Box 388
Belleville, IL 62222-0388

City of Corpus Christi
PO Box 659722
San Antonio, Tx 78265-9722

City of Grand Prairie
Water Utilities
P.O. Box 660814
Dallas, TX 75266-0814

City of Hewitt
PO Box 219
Hewitt, TX 76643-0219

City of Oklahoma City
PO Box 26570
OKC, OK 73126-0570

City of Oklahoma City Utilities
420 W. Main St., Ste 100
Oklahoma City, OK 73102-4435

City of Rock Falls. Il
603 W 10th Street
Rock Falls, IL61071-2854

City of San Marcus Utilities
636 E Hopkins
San Marcus, TX 78666-6314

City of Wichita
Water Utilities
PO BOX 2922
Wichita, KS 67201-2922

College Station Business Center
3828 S. College Avenue
Bryan, TX 77801-4517

College Station Utilities
310 Krenek Tap Road
PO Box 10230
College Station, TX 77842-0230

Collin County Tax Assessor
c/o David McCall
777 E. 15th St.
Plano, TX 75074-5799

Patrick T Collins
Farrell Fritz, P.C.
1320 RexCorp Plaza
Uniondale, NY 11556-0120

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Commonwealth Edison Co.
3 Lincoln Center
Attn: Bankruptcy Svcs.
Oakbrook Terrace, IL 60181-4204

Consolidated Communications
PO Box 66523
Saint Louis, MO 63166-6523

CopyNet Office Systems
PO Box 860545
Plano, TX 75086-0545

Étiquettes faciles à peler
▲ Sens de    Repliez à la hachure afin de

www.avery.com
1-800-GO-AVERY

Easy Peel® Labels
Use Avery® Template 5160®

▲ Bend along line to
Feed Paper   expose Pop-up Edge™

AVERY® 5160®

Corn Belt Energy Corporation
PO Box 2571
Decatur, IL 62525-2571

Crosby Real Estate Investments LP
Attn: Robert C. Crosby
2805 Freeman Street
Fort Wayne, IN 46802-4426

D & J Automotive
11324 Norwalk Blvd.
Santa Fe Springs, CA 90670-3832

Dallas Co. Tax Assesor
500 Elm Street
Dallas, TX 75202-6308

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie Spindler Huffman
2323 Bryan Street Ste1600
Dallas, TX 75201-2644

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie Spindler Huffman
2323 Bryan Street Ste 1600
Dallas, TX 75201-2644

Dalton
PO Box 961
Addison, TX 75001-0961

Dawson's, Inc.
1720 W. Andrew Johnson Hwy.
Morristown, TN 37814-3737

Deffenbaugh Disposal Service
P.O. Box 3249
Shawnee, KS 66203-0249

Dennis Semler-Tulsa County Treasurer
500 S Denver Ave, 3rd Floor
Tulsa, OK 74103-3840

Digicom Technologies
10690 Shadow Wood, Suite 113
Houston, TX 77043-2840

Digital Documents Overnight
2120 Hutton Dr., Suite 500
Carrollton, TX 75006-8319

John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064

Discount Tire
PO Box 29851
Phoenix, AZ 85038-9851

Dixie Street Storage
POBox 1215
Brenham, TX77834-1215

Don Sumners
Harris County Tax Assessor
PO Box 4089
Houston, TX 77210-4089

Drive Credit Company
1719 Route 10 East, Suite 306
Parsippany, NJ 07054-4519

Drive Medial Design & Mfg., Inc.
99 Seaview Blvd.
Port Washington, NY 11050-4606

Drive Medical
PO Box 798019
St. Louis, MO 63179-8000

Driver Check Inc.
5665 New Northside Drive, Suite 400
Atlanta GA 30328-4617

Duke Energy - New Castle
PO Box 9001076
Louisville, KY 40290

Duncan Disposal
PO Box 78829
Phoenix, AZ 85062-8829

Earthlink Business
PO Box 88104
Chicago, IL 60680-1104

East Texas Water Store
2016 East Rusk
Jacksonville, TX 75766-9058

EcoPure Bottled Water
255 N Hydraulic
Wichita, KS 67214-4217

Edmunds Family Partners, L.P.
7351 Remcon Circle
El Paso, TX 79912-1617

El Paso Electric Company
P.O. Box 982
El Paso, TX 79960-0982

Entergy
PO Box 8103
Baton Rouge, LA 70891-8103

Entergy Texas, Inc.
4809 Jefferson Hwy
L-JEF-359
Jefferson, LA 70121-3126

Enterprise Commercial Trucks
12230 Hempstead Rd
Houston, TX 77092-4504

Étiquettes faciles à peler
▲ Sens de   Repliez à la hachure afin de
www.avery.com

Easy Peel® Labels
Use Avery® Template 5160®

▲ Feed Paper ━━━ expose Pop-up Edge™

AVERY® 5160®

Enterprise Leasing Company of Kansas
PO Box 80008
Kansas City, MO 64180-0001

Enterprise Rent a Car
PO Box 842442
Dallas, TX 75284-2442

Etradex Corp Destiny Benefit Plan
Attn: Eric S. Fevillane
161 W. 54th Street, #202
New York, NY 10019-5454

Evolve Capital
2200 Ross Ave., Suite 4050
Dallas, TX 75201-2779

Farmers Electric Cooperative
2000 I-30 E
Greenville, TX 75402-9084

Farnam Street Financial, Inc.
240 Pondview Plaza
5850 Opus Parkway
Minnetonka , MN 55343-9687

Fast Oil Lube
5030 HWY 31 West
Tyler, TX 75709-9724

Fast Sticker & Lube
2621 N. Shephard Dr.
Houston TX 77008-1929

Fire Equipment Services, Inc
PO Box 9651
Fort Wayne, IN 46899-9651

Fizz O Water Co.
809 N. Lewis Avenue
Tulsa, OK 74110-5365

FleetMatics
PO Box 347472
Pittsburgh, PA 15251-4472
Fore GT LLC
P.O. Box 2662
Amarillo, TX 79105-2662

Forrest "Butch" Freeman
Oklahoma County Treasurer
320 Robert S. Kerr, Rm 307
Oklahoma City, OK 73102-3441

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

Frazier Commercial, Inc.
1740 Westminster St.
Denton, TX 76205-7831

Friendly Chevrolet
2754 N Stemmons Freeway
Dallas, TX 75207-2213

(p)FRONTIER COMMUNICATIONS
BANKRUPTCY DEPT
19 JOHN STREET
MIDDLETOWN NY 10940-4918

G & S Building
Attn: Larry Schoenemann
708 Palm Valley Dr. E.
Harlingen, TX 78552-8954

GT LLC
P. O. Box 2662
Amarillo, TX 79105-2662

Gary B. Barber
Smith County Tax Office
PO Box 2011
Tyler, TX 75710-2011

Gavin H. Smith
802 Kuhlman Road
Houston, TX 77024-3126

Gaymar
P.O. Box 1308
Buffalo, NY 14240-1308

Gene Crisman
970 N. 21st St.
Beaumont, TX 77706-4749

Gina Bozza-Reilly
200 West Sahara Avenue, Suite 806
Las Vegas, NV 89102-5072

Gladden Water
PO BOX 455
Excelsior, MN 55331-0455

Glenn Medical Systems
P.O. Box 20237
Canton, OH 44701-0237

Grayson County
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie Spindler Huffman
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2644

Greenville Mitsubishi
P.O. Box 8219
Greenville, TX 75404-8219

Greyhound Lines, Inc.
Attn:  Freight Air Mgr.
350 N. St. Paul St.
Dallas, TX 75201-4285

Greyhound Package Express
24717 Network Place
Chicago, IL 60673-1247

Griffith Auto, L.L.C.
d/b/a Griffith Ford San Marcos
1305 IH35 South
San Marcos, TX 78666-7736

Étiquettes faciles à peler
Sens de   Repliez à la hachure afin de
www.avery.com

Easy Peel® Labels
Use Avery® Template 5160®

▲ Feed Paper ▲   Bend along line to expose Pop-up Edge™

AVERY® 5160®

GuardTech Pest Management, Inc.
6550 Concord Road
Beaumont, TX 77708-4313

H & C Oxygen, Inc.
PO Box 5234
Brandon, MS 39047-5234

H2ecO Water, LLC
PO Box 7567
Houston, TX 77270-7567

HDS Enterprises, Inc.
Attn: Michael A. Harris
1213 Colchester Terrace
Edmond, OK 73034-6451

Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258-0045

Harlingen CISD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

Harlingen Tax Office Tax Assessor - Collecto
609 N 77 Sunshine Strip
Harlingen, TX 78550-8845

Harlingen WaterWorks System
134 East Van Buren Avenue
PO Box 1950
Harlingen, TX 78551-1950

Harris County
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064

Harris County Tax Assesor
PO Box 4089
Houston, TX 77210-4089

Harris County et al
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx. 77253-3064

Harry M. Farnam
7006 McKamy Blvd.
Dallas, TX 75248-1518

Harwood Heights Village Hall
7300 E Wilson Ave
Harwood Heights, IL 60706

David Heap
Broada Enterprises USA Inc.
1301 W 400 North St.
Orem, UT 84057-4442

Heidi M. Hargrove
321 Winter Park Ct.
Rockwall, TX 75032-5654

Heits Building Services
5208 Tennyson Pkwy, Suite 110
Plano, TX 75024-7183

Helen Huffaker
4301 E. CR 7500
Slaton, TX 79364-6967

Hidalgo County & Hidalgo Co. Drainage Dist.
c/o John T. Banks
Perdue, Brandon, Fielder, Collins & Mott
3301 Northland Drive, Ste. 505
Austin, TX 78731-4954

Hidalgo County Tax Assessor-Collector
PO Box 178
Edinburg, TX 78540-0178

c/o John T Banks Hidalgo County, Hidalgo Co.
3301 Northland Drive, Ste. 505
Austin, tx 78731-4954

Hilltop 1 Rentals LLC
7457 Holister
Houston, TX 77040-5325

Hinckley Springs
PO Box 660579
Dallas, TX 75266-0579

Robert M. Hirsh
Argent Fox LLP
1675 Broadway
New York, NY 10019-5820

Holly O'Hara
4373 E. Links Pkwy
Littleton, CO 80122-3718

Hoss II, L.L.C.
c/o Meredith's Commercial Properties
203 North Prospect, Suite 200
Bloomington, IL 61704-3552

Laurie Spindler Huffman
Linebarger, Goggan, Blair & Sampson
2323 Bryan St., Suite 1600
Dallas, TX 75201-2644

Huse Brake & Alignment
1816 Texas Avenue
Lubbock, TX 79401-5145

I.D.C. Properties, L.P.
Attn: Blake J. Box
P.O. Box 3376
McAllen, TX 78502-3376

IC BP 111Wall, LLC
P.O. Box 2689
San Francisco, CA 94126-2689

Illinois American Water
POBox 94551
Palatine, IL60094-4551

Étiquettes faciles à peler
Sens de
Repliez à la hachure afin de

www.avery.com

Easy Peel® Labels
Use Avery® Template 5160®

Feed Paper — Bend along line to expose Pop-up Edge™

AVERY® 5160®

Illinois Dept. of Financial & Prof. Reg.
Division of Professional Regulation
PO Box 7007
Springfield, IL 62791-7007

Independence Medical
1810 Summit Commerce Park
Twinsburg, OH 44087-2300

Independence Medical
P. O. Box 635864
Cincinnati, OH 45263-5864

Indiana Michigan Power
P.O. Box 24407
Canton, OH 44701-4407

Indy Partners
c/o Crimmins & Company, Inc
12220 North Meridian, Suite 155
Carmel, IN 46032-6972

InfuSystem
62089 Collections Center Drive
Chicago, IL 60693-0620

Ingenium Resource Staffing
1414 W Randol MillRd
Suite202
Arlington, TX 76012-3158

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Invacare
P.O. Box 824056
Philadelphia, PA 19182-4056

Invacare
c/o James Billingsley
2501 N. Harwood St., Ste. 1900
Dallas, TX 75201-1664

Invacare Corporation
c/o James H. Billingsley
Polsinelli PC
2501 N. Harwood Street
Suite 1900
Dallas, TX 75201-1664

Invacare Credit
Ref NO. 24916332
P.O. Box 41601
Philadelphia, PA 19101-1601

Invacare Credit Corp.
P.O. Box 41602
Philadelphia, PA 19101-1602

Invacare Outcomes Management
PO Box 534566
Atlanta, GA 30353-4566

Iron Mountain
P.O. Box 915004
Dallas, TX 75391-5004

Isuzu Finance of America, Inc.
3020 Westchester Ave., Suite 203
Purchase, NY 10577-2562

J & C A/C Services LLC
3301 Conflans Rd #208
Irving, TX 75061-6355

J-Meds
P.O. Box 1898
Burleson, TX 76097-1898

JDSP LTD
Attn: Perry Winston
4146 Bob White
Robstown, TX 78380-6060

Jackwood Partnership
c/o Ernest Soble Commercial
Properties, Inc.
P.O. Box 790885
San Antonio, TX 78279-0885

James Griffin
2151 Harvey Mitchell Parkway
Suite 106
College Station, TX 77840-5202

James Griffin
5513 N. Billen
OKC, OK 73112-7742

JanPak DFW
PO Box 155339
Fort Worth, TX 76155-0339

Jason Kink
3016 Karen Lane
Edinburg, TX 78539-7701

Jeff D. Baker
6318 Bryan Parkway
Dallas, TX 75214-4307

Jefferson County
c/o Laurie Spindler Huffman
Linebarger, Goggan, Blair & Sampson
2323 Bryan St., Suite 1600
Dallas, TX 75201-2644

Jefferson County Tax Assessor-Collector
PO Box 2112
Beaumont, TX 77704-2112

Jeffrey A. Henningsen
5847 San Felipe, Suite 320
Houston, TX 77057-3183

Jerry L Larpenter Sheriff &
Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361-1670

Étiquettes faciles à peler
Sens de   Repliez à la hachure afin de
www.avery.com

Easy Peel® Labels
Use Avery® Template 5160®

Feed Paper ▲   Bend along line to expose Pop-up Edge™

▲ AVERY® 5160®

Jill R. Botway
23 Kinnicutt Road
Pound Ridge, NY 10576-1801

Joan Diamond
7127 Rain Forest Drive
Boca Raton, FL 33434-5258

Joel Wishnick
16525 Preston Trail Drive
Dallas, TX 75248-2113

John R. Ames, CTA
P.O. Box 139066
Dallas, TX 75313-9066

John Robert Atilano
110 E 2nd St
Rock Falls, IL 61071-1345

Joseph G. Simmons
Jean S. Wilcox
1964 Country Club Drive
Baton Rouge, LA 70808-1223

KBarrett Mgt. Inc.
Attn: Kenneth Barrett
1050 S. Bill Martin, #9101
Tucson, AZ 85745-5154

KS Enterprises, LLC
3529 Enclave Trail
Plano, TX 75074-7513

Kansas City Power & Light
PO Box 219330
Kansas City, MO  64121-9330

Kansas Fire Equipment Co., Inc.
123 S. Osage
Wichita, KS 67213-4776

Keith Huffaker
Attn: Marla Cook
4301 E CR 7500
Slaton, TX 79364-6967

Kelly & Karras, Ltd.
Attn: James J. Karras, Esq.
1010 Jorie Blvd., Suite 100
Oak Brook, IL 60523-2236

Kennedy-Wilson Property Services
Attn: Property Manager:
5929 Balcones Drive, Suite 100
Austin, TX 78731-4280

Kenneth Maun
Collin County Tax Assesor-COL
PO Box 8006
McKinney, TX 75070-8006

Kenneth P. Breaux
118 Royce Street
Houma, LA 70364-1067

Kennington Gardenbrook 1, LLC
P.O. Box 192269
Dallas, TX 75219-8516

Kenny Baker
850 Brandie Street
Tuttle, OK 73089-7519

Kentwood Springs
PO Box 660579
Dallas, TX 75266-0579

Kern Valuation Services, Inc.
Attn: Patrick V. Kern
2203 Ravenhill Circle
Belton, TX 76513-1307

Key Equipment Finance Inc.
PO Box 74713
Cleveland, OH 44194-0796

Kristeen Roe - Brazos County Tax Office
300 E. Wm. J. Bryan Parkway
Bryan TX 77803-5336

Kurz Group, Inc
8333 Douglas Ave Ste 1370, LB21
Dallas, TX 75225-5850

LFI Investments, LTD
2200 Ross Avenue, Suite 3838
Dallas, TX 75201-7968

LakeQuest Enterprise Inc.
Attn: Jeff Blatt
500 West 16th Street, Suite 102
Austin, TX 78701-1536

Larry Schoenemann
G &S Building
708 Palm ValleyDr.
E Harlingen, TX78552

Liberty Mutual Insurance
Attn: First Data/Remitco
Lockbox 0109 400
White Clay Center Dr.
Newark, DE 19715

Eric A. Liepins
12770 Coit Road
Suite 1100
Dallas, TX 75251-1329

LifeGas
c/o Jeffrey J. Johns
Linde LLC
575 Mountain Ave.
Murray Hill, NJ 07974-2097

Étiquettes faciles à peler
Sens de   Repliez à la hachure afin de
www.avery.com

Easy Peel® Labels
Use Avery® Template 5160®

Bend along line to
Feed Paper  expose Pop-up Edge™


AVERY® 5160®

Lincoln Parish Sales &
Use Tax Commission
PO Box 863
Ruston, LA 71273-0863

Locke Lord LLP
PO Box 911541
Dallas, TX 75391-1541

Logix Communications LP
2900 N Loop West, 8th Floor
Houston, TX 77092-8841

Lone Star Overnight
P.O. Box 149225
Austin, Texas 78714-9225

LoneStar Enterprises, LLC
200 NE 48th Street
Oklahoma, OK 73105-3313

Longhorn Fire and Safety
2003 S. 1st Street
Austin, TX 78704-5141

Los Angeles County Tax Collector
PO Box 54027
Los Angeles, CA 90054-0027

Louisiana Department of Revenue
PO Box 1231
Baton Rouge, LA 70821-1231

Lubbock Oxygen &
Medical Gases, Inc.
3902 Avenue A
Lubbock, TX 79404-2804

MADA
625 Washington Ave
Carlstadt, NJ 07072-2901

MBR Holdings, LLC
509 S. Exeter St, Suite 210
Baltimore, MD 21202-4252

MERC
522 Springbranch Drive
Keller, TX 76248-2972

MES, Inc.
1968 East US Hwy 90
Seguin, TX 78155-1226

MM Investments
Attn: Melanie Barton
1413 Leeward Lane
Wylie, TX 75098-7947

MRB Holdings, LLC
16 W. Madison Street
Baltimore, MD 21201-5231

MRI ACL Portfolio
Investment Fund, L.P.
1105 Colorado Lane, Suite A3
Arlington, TX 76015-1505

Main Street
PO Box 2921
Edmond, OK 73083-2921

Marie's Medical Supply
102 Thomas Rd., Suite 605
West Monroe, LA 71291-5550

Mark C. Levy
520 Evergreen Drive
Hurst, TX 76054-2012

Marsha Shattner
2200 Ross Avenue, Suite 3800
Dallas, TX 75201-7967

Marsha Smith
2200 Ross Avenue, Suite 3800
Dallas, TX 75201-7967

Martindale Land and Cattle Co., Ltd.
150 S. Bowie
Jasper, TX 75951-4404

Masch Branch Realty, LP
2281 Marsch Branch Road, #400
Denton, TX 76207-3257

McAllen ISD
c/o John T. Banks
Perdue, Brandon, Fielder, Collins & Mott
3301 Northland Drive, Ste. 505
Austin, TX 78731-4954

David McCall
Gay, McCall, Isaacks, et al
777 East 15th Street
Plano, TX 75074-5799

McCormack Fire Extinguishers Specialists
PO Box 1332
Conroe, TX 77305-1332

McGuire Tire LLC
603 South First Street
Temple, TX 76504-5544

McKinney Parts, Inc.
210 W. University Drive
McKinney, TX 75069-1861

Med-Depot, Inc.
1200 Commerce Street
Suite 100
Plano, TX 75093-5800

Medical Science Center
205 Chaparral Drive
Burleson, TX 76028-6151

Étiquettes faciles à peler

Sens de

Repliez à la hachure afin de

www.avery.com

Medline Industries, Inc.
One Medline Place
Mundeleine, IL 60060-4486

Melissa D. Link
1305 Verdant Way
Austin, TX 78746-6768

Merediths Commercial Properties
c/o Merediths Commercial Properties
203 North Prospect
Suite200
Bloomington, IL61704-3552

Merriam Center Associates, LLC
7180 W. 107th Street
Suite24
Overton Park, KS 66212-2552

Meyer Complete Auto Repair
13264 Meyer Rd
Whittier, CA 90605-3545

Michael Christodolou
PO Box 18319
Fountain Hills, AZ 85269-8319

Michael Guthammar
87 Park Place
Brooklyn, NY 11217

Michael N. Christodolos
P.O. Box 67586
Dallas, TX 75367-0586

Michigan Department of Treasury
Attn: Litigation Liaison
2nd Floor, Austin Building
460 West Allegan Street
Lansing, MI 48922-0001

Midwest Pest Control
7585 W. 21st N.
Wichita, KS 67205-1733

Mike Crothers
2200 Ross Avenue, Suite 3800
Dallas, TX 75201-7967

Kathleen M. Miller
800 Delaware Avenue, 10th Floor
Wilmington, DE 19801-1367

Mintz Levin Cohn Ferris
Glovsky and Popeo, P.C.
Once Financial Center
Boston, MA 02111
Attn: Daniel O. Gaquin, Esq.

Missouri Department of Revenue
PO Box 2046
Jefferson City, MO 65102-2046

Moloian Plumbing
8531 Beverly Park Place
Pico Rivera, CA 90660-1920

Montgomery Coscia Greilich LLP
2500 Dallas Parkway, Suite 300
Plano, TX 75093-4872

Moore Tires, Inc.
2411 E. US Route 30
Rock Falls, IL 61071-3242

Moring Disposal, Inc.
306 E Main Street
Forrestin, IL 61030-7701

Morton Marketing Inc.
48474 Gladstone Rd
Canton, MI 48188-4735

Mountain Glacier
PO BOX 3652
Evansville, IN 47735-3652

Mark X. Mullin
Haynes and Boone, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219-7673

Municipal Services Bureau
CTRMA Processing
PO Box 16777
Austin, TX 78761-6777

NASA Services
1701 Gage Road
Montebello, CA 90640-6503

NEC Financial Services
250 Pehle Avenue Ste. 707
Saddle Brook, NJ 07663-5888

NIPSCO
P.O. Box 13007
Merriville, IN 46411-3007

NWC Body Works, Inc.
2415 E Higgins Rd
Elk Grove Village, IL 60007-2605

Nancy Diller-Shively
4706 N. Ridge Drive
Akron, OH 44333-4702

National Serv-All
P.O. Box 9001099
Louisville, KY 40290-1099

NeoFunds by NeoPost
PO Box 30193
Tampa, FL 33630-3193

Neopost USA Inc.
25880 Network Place
Chicago, IL 60673-1258

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®

Sens de

Repliez à la hachure afin de
révéler le rebord Pop-up™©

www.avery.com
1-800-GO-AVERY

Easy Peel® Labels
Use Avery® Template 5160®

Feed Paper

Bend along line to
expose Pop-up Edge™


AVERY® 5160®

Nestle
P.O. Box 856680
Louisville, KY 40285-6680

Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407

Norman Foster
1605 N. Midwest Blvd.
Edmond, OK 73034-8413

Norman J. Forts
1605 N. Midwest Blvd.
Edmond, OK 73034-8413

Northland Cable Television
P.O. Box 961
Corsicana, TX 75151-0961

Nova Healthcare, PA
110 Cypress Station, Suite 152
Houston, TX 77090-1637

Novacopy of Texas LLC
P.O. Box 1000, Dept 37
Memphis, TN 38148-0037

Nueces County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

OGE
PO Box 24990
Oklahoma City, OK 73124-0990

ONG
PO Box 219296
Kansas City, MO 64121-9296

OTA/Enforcement Branch
P.O. Box 11255
Oklahoma City, OK 73136-0255

Occupational Health Centers
PO Box 9005
Addison, TX 75001-9005

Occupational Health Centers
of Southwest
P.O. Box 9005
Addison, TX 75001-9005

Office Depot
PO Box 689020
Des Moines, IA 50368-9020

Official Committee of Unsecured Creditors
c/o Robert M. Hirsch
Argent Fox LLP
1675 Broadway
New York, NY 10019-5820

Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102-3441

Oklahoma State Board of Pharmacy
4545 Lincoln Blvd., Suite 112
Oklahoma City, OK 73105-3488

(p)OKLAHOMA TAX COMMISSION
120 N ROBINSON
STE 2000W
OKLAHOMA CITY OK 73102-7801

OpenGate Technologies
2421 Autumn Run Rd., Suite E
Ardmore, OK 73401-2278

Oschmann Employee
Screening Services
3360 S Palo Verde
Tucson, AZ 85713-5424

Ouachita Parish Tax Collector
PO Box 1803
Monroe, LA 71210-1803

Oxy Healthcare Services, Inc.
5415 Frutas, Suite A
El Paso, TX 79905-1724

Ozarka
P.O. Box 856680
Louisville, KY 40285-6680

PSLPT Properties Investors
PO Box 200697-07
Dallas, TX 75320-0697

Parigi Property Management, Ltd.
445 N 14th Street
Beaumont, TX 77702-1823

Parish of East Baton Rouge
Sig J Gautreaux, III
PO Box 91285
Baton Rouge, LA 70821-9285

Parkwest Staffing Services, Inc.
1011 Highway 6 South, Suite 303
Houston, TX 77077-1039

Paul A. Yeoham
2200 Ross Avenue, Suite 3838
Dallas, TX 75201-7968

Payless Tires
1214 W Ave G
Temple TX 76504-5309

Pedernales ElectricCorp, Inc.
P. O. Box 1
Johnson City, TX 78636-0001

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®

Sens de

Repliez à la hachure afin de
révéler le rebord Pop-up™C

www.avery.com
1-800-GO-AVERY

Easy Peel® Labels
Use Avery® Template 5160®

Bend along line to
Feed Paper     expose Pop-up Edge™

AVERY® 5160®

Penske Truck Leasing CO., L.P.
PO Box 802577
Chicago, IL 60680-2577

Petra Industries
PO Box 960130
Oklahoma City, OK   73196-0130

Philadelphia Insurance Companies
PO Box 70251
Philadelphia, PA 19176-0251

Posey
PO Box 51017
Los Angeles, CA 90051-5317

Potter County Tax Office
c/o Perdue, Brandon, Fielder,
Collins & Mott, LLP
PO Box 9132
Amarillo, Texas 79105-9132

Precision Medical
300 Held Drive
Northampton, PA 18067-1150

Precision Tune
8000 South Western
Oklahoma City OK 73139-2504

Presto-X
24427 Network Place
Chicago, IL 60673-1244

Principal Financial Group
PO Box 10372
Des Moines, IA 50306-0372

Progressive Waste Solution
of LA, Inc.
PO Box 650348
Dallas, TX 75265-0348

Progressive Waste Solutions
of TX, Inc.
East Texas District
PO Box 650592
Dallas, TX 75265-0592

Public Service Company of Colorado
1800 Larimer St., 15th Fl
Denver, Colorado 80202-1402

Purair
125 E 10th Street
NKC, MO 64116-4326

Quick-Fill Oxygen, Inc.
PO Box 1634
Hammond, LA 70404-1634

Quill
P.O. Box 37600
Philadelphia, PA 19101-0600

R+L Carriers, Inc.
PO Box 713153
Columbus, OH 43271-3153

RSVP Answering Services, Inc.
dba Sooner Answer Service, Inc.
c/o Matthew P. Lamb
501 W. Edmond Road
Edmond, OK 73003-5622

Randy Best
2200 Ross Avenue
Suite 3800
Dallas, TX 75201-7967

Randy Smith
11598 C R 2210
Tyler, TX 75707

Red Ball Oxygen
PO Box 7316
Shreveport, LA 71137-7316

Redi National
Pest Eliminators
PO Box 8527
Tyler, TX 75711-8527

Reliable Printing
2230 Michigan Avenue
Santa Monica, CA 90404-3906

Reliant Energy
PO Box 650475
Dallas, TX 75265-0475

Reliant Respiratory Care
8758 Silver Quail
San Antonio, TX 78250-6216

Republic Services
P.O. Box 9001099
Louisville, KY 40290-1099

ResMed
LockBox 534593
Atlanta, GA 30353-4593

Respironics
PO Box 405740
Atlanta, GA 30384-5740

Richard Diamond
5409 Castlewood Road
Dallas, TX 75229-4316

Richardson ISD
c/o Elizabeth Banda Calvo
Perdue Brandon Fielder et al
PO Box 13430
Arlington, TX 76094-0430

Robert A. Bourquin
1307 Ordway Place
Nashville, TN 37206-2731

Étiquettes faciles à peler
Sens de     Repliez à la hachure afin de

www.avery.com

Easy Peel® Labels
Use Avery® Template 5160®

Feed Paper — expose Pop-up Edge™

AVERY® 5160®

Ron Wright
Tax Assessor - Collector
PO Box 961018
Fort Worth, TX 76161-0018

Ross
75 Remittance Drive
Suite 1310
Chicago, IL 60675-1310

Anthony Russo
Medline Industries, Inc.
One Medline Place
Mundelein, IL 60060-4486

San Gabriel Parkway
Investment Company
Attn: Kenneth G. Livadas
3683 San Gabriel River Parkway
Pico Rivera, CA 90660-1403

Diane W. Sanders
P O Box 17428
Austin, TX 78760-7428

Patrick J. Schurr
Scheef & Stone, L.L.P.
2601 Network Boulevard
Suite 102
Frisco, TX 75034-9092

Seebeck Partnership, LTD
505 Village West
San Marcos, TX 78666-9718

Sequal
Lockbox #17223
Dept. CH 17223
Palatine, IL 60055-7223

Sevcik's Service Center
2200Longmire Drive
College Station, TX 77845-5231

Sheila L. Palmer
Platte County Collector
415 Third St. Suite 40
Platte City, MO 64079-9364

Shred-it
10900 Lackman Road
Lenexa, KS 66219-1232

Shultz Investment Properties, LP
6833 Heatherknoll
Dallas, TX 75248-5531

Silver Door Partners LLC
55 Watermill Lane, Suite 300
Great Neck, NY 11021-4206

Silver Door Partners LLC
80 Cuttermill Road
Suite 205
Great Neck, NY 11021-3113

Silverman Stein & Associates
815 Brazos St., Suite 500
Austin, TX 78701-2509

Simmons &Wilcox
1964 CountryClub
Baton Rouge, LA 70808-1223

Smith County
Linebarger Goggan Blair & Sampson,LLP
c/o Laurie Spindler Huffman
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2644

Smith County
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie Spindler Huffman
2323 Bryan Street Ste 1600
Dallas, Texas 75201-2644

Snelling
PO Box 650765
Dallas, TX 75265-0765

Snelling-Lisle
2029 Ogden Ave
Lisle, IL 60532-1595

Snelling-St. Louis
1154 N Warson Road
St. Louis, MO 63132-1809

South Plains
Electric Cooperative
PO Box 600
Spur, TX 79370-0600

South Texas Auto Pro's
3700 N McColl Rd
McAllen, TX 78501-9164

South Texas College
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

South Texas ISD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

Southern California Edison
PO Box 300
Rosemead, CA 91770-0300

Southwest Surgical Systems, Inc.
PO Box 90247
Austin, TX 78709-0247

Span America
P.O. Box 5231
Greenville, SC 29606-5231

Sparkletts
PO Box 660579
Dallas, TX 75266-0579

Étiquettes faciles à peler
Sens de
Repliez à la hachure afin de
www.avery.com

Easy Peel® Labels
Use Avery® Template 5160®

Bend along line to
expose Pop-up Edge™

Feed Paper

AVERY® 5160®

Spenco
PO Box 841777
Dallas, TX 75284-1777

Spenco Medica Corp.
P. O. Box 2501
Waco, TX 76702-2501

Spring Mountain Water
928 Shady Lane
Lake Charles, LA 70601-8384

Sprint 547638815
P.O. Box 4181
Carol Stream, IL 60197-4181

Stanley Convergent
Security Solutions
Dept Ch 10651
Palatine, IL 60055-0001

State of California
Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511

Stefani Nachatilo
2307 N Pennsylvania Ave
Oklahoma City, OK 73107-3539

Sterling Trust FBO
Richard Diamond
AC 095132
PO Box 2526
Waco, TX 76702-2526

Sterling Trust FBO
Richard Ryan Shultz
AC 095198
PO Box 2526
Waco, TX 76702-2526

Sterling Trust FBO Windeye
Partners Qualified
Plan AC Q10517
PO Box 2526
Waco, TX 76702-2526

John Mark Stern
Office of the Texas Attorney General
Taxation Division
P.O.Box 12548, Capitol Station
Austin, TX 78711-2548

Steve Sumner
4434 W. 300 N.
Anderson, IN 46011-8722

Steven A. Theodos
121 Gus Lane
Ruston, LA 71270-7702

Sudden Link
PO Box 660365
Dallas, TX 75266-0365

Sunset Healthcare Solutions
2201 S. Halsted Street
Suite 1344
Chicago, IL 60608-4539

Swepco
PO BOX 24422
Canton OH 44701-4422

TAMCO Capital Corp
P.O. Box 6434
Carol Stream, IL 60197-6434

TXU-Carrollton
P.O. Box 650638
Dallas, TX 75265-0638

TXU-Denton
PO Box 650638
Dallas, TX 75265-0638

TXU-Grand Prairie
P.O. Box 650638
Dallas, TX 75265-0638

TXU-Richardson
P.O. Box 650638
Dallas, TX 75265-0638

TXU-Temple
P.O. Box 650638
Dallas, TX 75265-0638

TXU-Tyler
P.O. Box 650638
Dallas, TX 75265-0638

Tarrant County
Linebarger Goggan Blair & Sampson,LLP
c/o Laurie Spindler Huffman
2323 Bryan Street
SUite 1600
Dallas, TX 75201-2644

Tax Solutions, Inc.
Attn: Jack C. Evans
P.O. Box 6962
Texarkana, TX 75505-6962

Tel West
PO Box 81553
Austin, TX 78708-1553

Tele One
PO Drawer 7037
Tyler, TX 75711-7037

Texas Capital Bank
Attn: Elizabeth Mitchell
2000 McKinney Avenue
Suite 700
Dallas, TX 75201-1985

Texas Capital Bank
Attn: Sheila Barge
5800 Granite Pkwy
Suite 150
Plano, TX 75024-6635

Texas Capital Bank
c/o Mark X. Mullin
2323 Victory, Suite 700
Dallas, TX 75219-7672

Étiquettes faciles à peler
Sens de
Repliez à la hachure afin de
www.avery.com

Easy Peel® Labels
Use Avery® Template 5160®

Feed Paper   Bend along line to
expose Pop-up Edge™

AVERY® 5160®

Texas Capital Bank, National Association
c/o Mark X. Mullin
Haynes and Boone, LLP
2323 Victory Avenue, Ste. 700
Dallas, TX 75219-7673

Texas Comptroller
c/o John Stern
P.O. Box 12458
Austin, TX 78711

Texas Comptroller
of Public Accounts
PO Box 149359
Austin, TX 78714-9359

Texas Comptroller of Public Accounts
John Stern
P.O. Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public Accounts and Tex
John Stern
P.O. Box 12548
Austin, TX 78711-2548

Texas Disposal Systems, Inc.
PO Box 660816
Dallas, TX 75266-0816

Texas Gas Service
PO Box 219913
Kansas City, MO 64121-9913

Texas Leon Tire Company
10324 Leopard Street
Corpus Christi, TX 78410-1926

Texas Lube & Oil
P.O. Box 260695
Corpus Christi, TX 78426-0695

Texas Medical Dist.
PO Box 266
Rockdale, TX 76567-0266

The Joint Commission
P.O. Box 92775
Chicago, IL 60675-2775

The Morgan Group, Inc.
Attn: Steven Finger
5606 South Rice Avenue
Houston, TX 77081-2118

The Oschmann Organization, Inc.
3360 S. Palo Verde Rd.
Tucson, AZ 85713-5424

The Service Center, L.L.C.
2000 S 25th Ave.
Suite S
Broadview, IL 60155-2818

The Watts Family Trust
810 Park Dale Drive
Southlake, TX 76092-7245

Thomas B. Evans
1817 Broken Bend Drive
Westlake, TX 76262-8205

Thompson, Coe,
Cousins & Irons, LLP
700 N. Pearl Street
25th Floor
Dallas, TX 75201-2832

Tim's Alarms L.L.C.
P.O. Box 706
Belton, TX 76513-0706

Time Warner
Cable Dayton
P.O. Box 740201
Cincinnati, OH 45274-0201

Time Warner Cable
PO Box 60074
City of Industry, CA 91716-0074

TracySign Inc.
3771 W. 11th Street
Tracy, CA 95304-9516

Travis County Tax
Assessor- Collector
PO Box 149328
Austin, TX 78714-9328

Tri-County Pest Management
PO Box 21152
Waco, TX 76702-1152

TriStar Pension
3232 W. Britton Rd., S-150
Oklahoma City, OK 73120-2053

Tryus Auto
3718 Westway
Tyler, TX 75703-6464

Tulsa World
PO Box 1770
Tulsa, OK 74102-1770

U-Store-It
201 South I-35 East
Denton, TX 76205-7109

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U.S. Med-Equip., Inc.
PO Box 41321
Houston, TX 77241-1321

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®

Sens de

Repliez à la hachure afin de
révéler le rebord Pop-up™

www.avery.com
1-800-GO-AVERY

Easy Peel® Labels
Use Avery® Template 5160®

Feed Paper
Bend along line to
expose Pop-up Edge™

AVERY® 5160®

UPS - PHILADELPHIA
PO BOX 7247-0244
PHILADELPHIA, PA  19170-0001

UPS Freight
P.O. Box 730900
Dallas, TX 75373-0900

US Bank
Office Equipment
Finance Services
P.O. Box 790448
St. Louis, MO 63179-0448

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Uline
Attn: Accounts Payable
2200 S. Lakeside Drive
Waukegan, IL 60085-8311

United Healthcare Insurance Co
22561 Network Place
Chicago, IL 60673-1225

United Heating & Cooling, Inc.
301 Duck Road
Grandview, MO 64030-3270

United States Attorney's Office
110 North College Avenue
Suite 700
Tyler, TX 75702-0204

United States Trustee's Office
110 North College Avenue
Suite 300
Tyler, TX 75702-7231

Unum
P.O. Box 409548
Atlanta, GA 30384-9548

Valvoline Instant Oil Change
806 Chatham Road
Belton, TX 76513-6708

John M. Vardeman
UST Office
110 N. College St., Suite 300
Tyler, TX 75702-7231

Verizon
PO Box 660108
Dallas, TX  75266-0108

Verizon California
P.O. Box 9688
Mission Hills, CA 91346-9688

Verizon Southwest
P.O. Box 920041
Dallas, TX 75392-0041

VoiceText Interactive
211 East 7th Street
12th Floor
Austin, TX 78701-3218

Waste Connections
of Texas LLC
Lubbock Dist 5114
PO Box 660177
Dallas, TX 75266-0177

Waste Connections of OK
4625 S. Rockwell
Oklahoma City, OK 73179-6415

Waste Management
of Baton Rouge
PO Box 9001054
Louisville, KY 40290-1054

Waste Management
of Belleville
5920 Gateway Industrial Dr,
Belleville, IL 62223-3478

Waste Management of Conroe
PO Box 660345
Dallas, TX 75266-0345

Waste Management of Houston
Houston Metro
PO Box 660345
Dallas, TX 75266-0345

Waste Management of Oklahoma
PO Box 660345
Dallas, TX 75266-0345

Waste Management of Wichita
P.O. Box 9001054
Louisville KY 40290-1054

Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL 60197-6434

Wells Fargo Financial Leasing, Inc.
800 Walnut Street
MAC N0005-055
Des Moines, IA 50309-3605

Westar Energy
P.O. Box 758500
Topeka, KS 66675-8500

Westar Energy, Inc.
Attn: Bankruptcy Team
P. O. Box 208
Wichita, KS 67201-0208

Westbury Investment Partners SBIC, LP
c/o Patrick T. Collins
Farrell Fritz, P.C.
1320 RexCorp Plaza
Uniondale, NY 11556-0120

Westbury Investment Partners SBIC, LP
c/o Patrick Collins
1320 RXR Plaza
Uniondale, NY 11556-1320

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®

Sens de

Repliez à la hachure afin de
révéler le rebord Pop-up™

www.avery.com
1-800-GO-AVERY

Westbury SBIC, Inc.
100 Motor Parkway, Suite 165
Hauppauge, NY 11788-5165

Westwood Properties
Attn: Paul D. Drawhorn
P.O. Box 630802
Nacogoches, TX 75963-0802

Wex Bank
P.O. Box 6293
Carol Stream, IL 60197-6293

Llynn White
Polsinelli PC
100 South Fourt Street
Suite 100
St. Louis, MO 63102

Gregory A. Whittmore
5910 N. Central Expressway
Suite 1010
Dallas, TX 75206-5142

Jerry Williams
J-Meds Medical Services, Inc.
P.O. Box 1898
Burleson, TX 76097-1898

Winco
5516 S.W 1st Lane
Ocala, FL 34474-9366

Wood Street Enterprises, LLC
P.O. Box 391
Arcola, IL 61910-0391

Worldwide Express
2828 Routh Street
Suite 400
Dallas, TX 75201-1437

Xcel Energy
PO Box 9477
Minneapolis, MN 55484-0001

air gas - Mid South
PO Box 676015
Dallas, TX 75267-6015

Frontier Communications
PO Box 20550
Rochester, NY 14602-0550

Oklahoma Tax Commission
PO Box 26860
Oklahoma City, OK 73126-0860

(d)1200 Commerce, Ltd.
3609 Wentwood
Dallas, TX 75225-5114

(d)AT&T
PO Box 5080
Carol Stream, IL 60197-5080

(d)Air Gas USA, LLC
P.O. Box 7423
Pasadena, CA 91109-7423

(d)Arlington ISD
c/o Elizabeth Banda Calvo
Perdue Brandon Fielder et al
PO Box 13430
Arlington, TX 76094-0430

(d)CPI Office Products
P.O. Box 292130
Lewisville, TX 75029-2130

Augsburger Family Partnership, LTD
ATTN: Larry Augsburger
2200 Ross Avenue, Ste. 3838
Dallas, TX 75201-7968

Augsburger Family Partnership, Ltd.
148 W. Shore Lane
Montgomery, TX 77356-8619

Kenny Baker
850 Brandie St.
Tuttle, OK 73089-7519

Barry D. Freeman
1605 N. Midwest Blvd.
Edmond, OK 73034-8413

Randy Best
2200 Ross Ave., Ste. 3800
Dallas, TX 75201-7967

Brent McCarty
509 S. Exeter St., Suite 210
Baltimore MD 21202-4252

Charles J. Clute
2200 Ross Ave., Ste. 4050
Dallas, TX 75201-2779


Michael Christodolou
PO Box 18319
Fountain Hills, AZ 85269-8319

Mike Crothers
2200 Ross Ave., Ste. 4050
Dallas, TX 75201-2779

David Becker
200 Whistling Duck Lane
Double Oak, TX 75077-7339

Richard Diamond
5409 Castlewood Rd.
Dallas, TX 75229-4316

Harry Farnmham
1117006 McKamy Blvd.
Dallas, TX 75248

Norman Foster
1605 N. Midwest Blvd.
Edmond, OK 73034-8413

Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0501

Gavin H. Smith
2200 Ross Avenue, Ste. 3838
Dallas, TX 75201-7968

James Griffin
2216 NW 57th Street
Oklahoma City, OK 73112-7304

Harry M. Farnham
161 W. 54th Street, Ste. 202
New York, NY 10019-5454

Heidi M. Hargrove
7606 River Point Drive
Houston, TX 77063-1508

Holly O'Hara
802 Kuhlman Road
Houston, TX 77024-3126

I.D.C. Properties, L.P.
Attn: Blake J. Box
500 E. Pecan
McAllen, TX 78501-9587

Jefferson County Tax Office
c/o Clayton E. Mayfield
Linebarger Goggan Blair & Sampson
1148 Park St
Beaumont, TX 77701-3614

Jeffrey A. Henningsen
23 Kinnicutt Rd.
Pound Ridge, NY 10576-1801

Jill R. Botway
3016 Karen Lane
Edinburg, TX 78539-7701

Joan Diamond
5409 Castlewood Rd.
Dallas, TX 75229-4316

K. Barrett Mgt. Inc.
820 Kish Way
Del Mar, CA 92014-2843

Life Gas
24963 Network Place
Chicago, IL 60673-1249


Logix Communications
PO Box 3608
Houston, TX 77253-3608


MBR Holdings, LLC
Attn: Charles McCusker
4706 N. Ridge Drive
Akron, OH 44333-4702


Mark C. Levy
1305 Verdant Way
Austin, TX 78746-6768


Marsha Schattner
6833 Heatherknoll
Dallas, TX 75248


Clayton E. Mayfield
1148 Park Street
Beaumont, TX 77701-3614

Brent McCarty
4242 Valley Ridge
Dallas, TX 75220-1926

Med-Depot Holdings, Inc.
2200 Ross Avenue
Suite 4050
Dallas, TX 75201-2779


Medline Industries, Inc.                    Melanie Barton
c/o Michael S. Baim                         1413 Leeward Lane
The CKB Firm                                Wylie, TX 75098-7947
30 North LaSalle St., Suite 1520
Chicago, IL 60602-3387


Melissa D. Link
4242 Valley Ridge
Dallas, TX 75220-1926


Michael Christodolou
3105 Forest Shores Lane
Highland Village, TX 75077-6487


Moore Tires, Inc.
2411 E. US Route 30
Rock Falls, IL 61071-3242


Nancy Diller-Shively
4373 E. Links Parkway
Centennial, CO 80122-3718

Norman Foster
2216 NW 57th Street
Oklahoma City, OK 73112-7304

Holly O'Hara
4373 E. Li nks Pkwy
Littleton, CO 80122-3718

Oklahoma County Treasurer
PO Box 268875
Oklahoma City, OK 73126-8875

Richard Diamond
PO Box 2526
Waco, TX 76702-2526

Robert A. Bourquin
6124 Indian School Road NE #101
Albequerque, NM 87110

SAL of Texas, LP
Attn: Ryan Shultz
6833 Heatherknoll
Dallas, TX 75248-5531

Gavin H. Smith
802 Kuhlman Road
Houston, TX 77024-3126

Sterling Trust FBO
844 Kuhlman Rd
Houston, TX 77024-3126

The Aftermarket Group
3866 Solutions Center
Chicago, IL60677-3008

The Watts Family Trust
1510 Treehouse Lane South
Keller, TX 76262-8949

Thomas B. Evans
7006 McKamy Blvd.
Dallas, TX 75248-1518

Time Warner Cable Dayton
P.O. Box 740201
Cincinnati, OH 45274-0201

Will Thorne
17003 Lazy Elm Ct.
Houston, Tx 77095-4177

Paul Yeoham
2200 Ross Ave., Ste. 3838
Dallas, TX 75201-7968

ı {
No

ɔt)
anɗ

Medline
Dept 1080
PO BOX 121080
Dallas, TX 75312-108003-S0125