IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-41815 |
| | § | |
| MED-DEPOT, INC., *et al.* | § | (Chapter 11) |
| | § | |
| Debtors | § | Jointly Administered |
| | § | |

## MOTION TO CONTINUE CONFIRMATION HEARING

COME NOW, Med-Depot, Inc. d/b/a Hospice Source ("Med-Depot") and Med-Depot Holdings, Inc. ("Holdings" and together with Med-Depot, the "Debtors") and submit this Motion to Continue Confirmation Hearing (the "Motion") as follows:

### I.

### JURISDICTION

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### II.

### BACKGROUND

2. On July 26, 2013 (the "Petition Date"), the Debtors filed their voluntary petitions for relief (the "Cases") under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"). The Debtors cases have been jointly administered for procedural purposes under Case No. 13-41815. The Debtors continue to operate their respective businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and

1108 of the Bankruptcy Code. The United States Trustee appointed a creditor's committee on August 13, 2013.

3. On July 30, 2013, the Debtor filed their Joint Disclosure Statement [Dkt. No. 28] and Joint Plan of Reorganization [Dkt. No. 29]. On September 9, 2013, the Debtors filed their Amended Disclosure Statement (the "Disclosure Statement") and Amended Joint Plan of Reorganization (the "Plan") [Dkt. No. 112]. On September 10, 2013 the Disclosure Statement was approved by the Court. [Dkt. No. 113].

4. The Order Approving the Disclosure Statement provides that the deadline for any creditor or party to object to confirmation of the Plan is October 14, 2013 (the "Objection Deadline") and all ballots must be returned to the balloting agent on or before October 16, 2013 (the "Voting Deadline"). The Order Approving the Disclosure Statement further provides that the hearing to consider confirmation of the Plan (the "Confirmation Hearing") is scheduled for October 21, 2013.

5. The Plan contemplates capital infusions from Westbury[1] and Evolve in exchange for the equity in the Reorganized Debtor. The Disclosure Statement acknowledged that a potential risk to the Plan was that Westbury and/or Evolve may elect not to provide the capital infusions required to make the Plan feasible.

6. Recently the Debtors learned that neither Westbury not Evolve are prepared to commit to making the capital infusions necessary to make the Plan feasible.

### III.

### **RELIEF REQUESTED**

7. By this Motion, the Debtors request that the Court enter an order continuing the Confirmation Hearing and extending the Voting Deadline and Objection Deadline.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Plan.

## IV.

## BASIS FOR RELIEF

8. Without the capital infusion contemplated by the Plan, the Debtors cannot consummate the Plan. Accordingly, the Debtors seek to continue the Confirmation Hearing to give Evolve and Westbury additional time to determine if they are willing to fund to the Plan or for the Debtors to find substitute capital sources with which to fund the Plan.

## V.

## NOTICE

9. Prior to filing this Motion, counsel for the Debtors conferred with the following parties in interest regarding the relief requested herein: (i) the United States Trustee; (ii) counsel for Texas Capital Bank; (iii) counsel for Westbury; (iv) counsel for Evolve; (v) counsel for Invacare; and (vi) counsel for the Unsecured Creditor's Committee. None were opposed to the relief requested in the Motion.

**WHEREFORE**, the Debtors request that this Court enter an order: (i) continuing the Confirmation Hearing to November 4, 2013; (ii) extending the Objection Deadline to October 28, 2013 and the Voting Deadline to October 30, 2013; and (iii) granting such other and further relief as may be just.

RESPECTFULLY SUBMITTED this 11th day of October, 2013.

**BRYAN CAVE LLP**

By: *John C. Leininger*
Keith M. Aurzada
Texas Bar No. 24009880
John C. Leininger
Texas Bar No. 24007544
Jay L. Krystinik
Texas Bar No. 24041279
JP Morgan Chase Tower
Suite 3300
2200 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 721-8000
Facsimile: (214) 721-8100

**ATTORNEYS FOR THE DEBTORS IN POSSESSION**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Continuance of Confirmation Hearing was served via United States First Class Mail, Postage Prepaid, to the parties listed below on October 11, 2013.

*John C. Leininger*
John C. Leininger

| | | |
|---|---|---|
| Smith County District Attorney's Office<br>Attn: Leslie McLean<br>100 N. Broadway<br>Tyler, TX 75702 | | |
| Med-Depot, Inc. d/b/a Hospice Source<br>1200 Commerce Street Suite 100<br>Plano, TX 75093-5800 | Mike Crothers<br>2200 Ross Ave, Ste 4050<br>Dallas, TX 75201 | Dalton<br>PO Box 961<br>Addison, TX 75053 |
| Med-Depot Holdings, Inc.<br>1200 Commerce Street Suite 100<br>Plano, TX 75093-5800 | Randy Best<br>2200 Ross Ave., Ste 3800<br>Dallas, TX 75201 | Farnam Street Financial Services, Inc.<br>240 Pondview Plaza<br>5850 Opus Parkway<br>Minnetonka, MN 55343 |
| Keith Miles Aurzada<br>Bryan Cave LLP<br>2200 Ross Ave., Suite 3300<br>Dallas, TX 75201-7965 | Kenny Baker<br>850 Brandie St<br>Tuttle, OK 73089 | Broda Enterprise USA Inc.<br>Attn: David Heap<br>1301 West 400 North Street<br>Orem, UT 84057 |
| Official Committee of Unsecured Creditors<br>c/o Robert M. Hirsch<br>Argent Fox LLP<br>1675 Broadway<br>New York, NY 10019-5820 | James Griffin<br>2216 NW 57th Street<br>Oklahoma City, OK 73112 | Invacare<br>P.O. Box 824056<br>Philadelphia, PA 19182-4056 |
| U.S. Trustee<br>Office of the Trustee<br>110 N. College Ave., Suite 300<br>Tyler, TX 75702 | Harry M. Farnham III<br>7006 McKamy Blvd<br>Dallas, TX 75248 | Drive Medical<br>PO Box 798019<br>St. Louis, MO 63179-8000 |
| Texas Capital Bank<br>c/o Mark X. Mullin<br>Haynes and Boone, LLP<br>2323 Victory Avenue, Ste. 700<br>Dallas, TX 75219-7673 | Paul A. Yeoham<br>2200 Ross Avenue, Ste 3838<br>Dallas, TX 75201 | Life Gas<br>24963 Network Place<br>Chicago, IL 60673-1249 |
| Westbury Investment Partners SBIC, LP<br>c/o Patrick T. Collins<br>Farrell Fritz, P.C.<br>1320 RexCorp Plaza<br>Uniondale, NY 11556 | Norman Foster<br>1605 N Midwest Blvd<br>Edmond, OK 73034 | Medline<br>Dept 1080<br>PO BOX 121080<br>Dallas, TX 75312-108003-S0125 |
| Invacare Credit Corporation | Silver Door Partners LLC 55 Watermill Lane, Suite 300 | Air Gas USA, LLC<br>P.O. Box 7423 |

| | | |
|---|---|---|
| c/o James H. Billingsley<br>Polsinelli PC<br>2501 N. Harwood Street<br>Suite 1900<br>Dallas, TX 75201 | Great Neck, NY 11021 | Pasadena, CA 91109-7423 |
| Century Tokyo Leasing (U.S.A.), Inc., as Servicer for Isuzu Finance of America, Inc.<br>c/o Megan Adeyemo, Esq.<br>Gordon & Rees LLP<br>555 - 17th St., Suite 3400<br>Denver, CO 80202 | Augsburger Family Partnership, Ltd.<br>148 W. Shore Lane<br>Montgomery, TX 77356 | Jerry Williams<br>J-Meds<br>P.O. Box 1898<br>Burleson, TX 76097-1898 |
| Drive Credit Company | Joel Wishnick<br>16525 Preston Trail Drive<br>Dallas, TX 75248 | Gene Crisman<br>Advisor to Hospice Source<br>970 N. 21st St.<br>Beaumont, TX 77706 |
| Key Equipment<br>P.O. Box 74713<br>Cleveland, OH 44194 | SAL of Texas, LP<br>6833 Heatherknoll<br>Dallas, TX 75248 | Liberty Mutual Insurance<br>Attn: First Data/Remitco Lockbox<br>0109 400<br>White Clay Center Dr.<br>Newark, DE 19711 |
| Arlington Independent School District<br>c/o Elizabeth Banda Calvo<br>Perdue, Brandon, Fielder, Collins, & Mott, L.L.P.<br>P.O. Box 13430<br>Arlington, TX 76094 | Michael Christodolou<br>PO Box 18319<br>Fountain Hills, AZ 85269-8319 | Philadelphia Insurance Companies<br>PO Box 70251<br>Philadelphia, PA 19176-0251 |
| Grayson County<br>c/o Laurie Spindler Huffman<br>Linebarger Goggan Blair & Sampson LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201 | Bruce A. Burns<br>6121 Indian School Road NE, #101<br>Albuquerque, NM 87110 | BeavEx, Inc.<br>615 Westport Parkway, Ste 600<br>Grapevine, TX 76051 |
| Texas Comptroller of Public Accounts<br>c/o John Mark Stern and Arthur A. Stewart<br>Assistant Attorneys General<br>Bankruptcy & Collections Division<br>MC008<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Shultz Investment Properties, LP<br>6833 Heatherknoll<br>Dallas, TX 75248 | Montgomery Coscia Greilich LLP<br>2500 Dallas Parkway, Suite 300<br>Plano, TX 75093 |
| Airgas USA, LLC<br>c/o Kathleen M. Miller (No. 2898)<br>Smith, Katzenstein & Jenkins LLP<br>The Corporate Plaza<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899 | Richard Diamond<br>5409 Castlewood Rd<br>Dallas, TX 75227 | Sunset Healthcare Solutions<br>2201 S. Halsted Street, Suite 1344<br>Chicago, IL 60608 |
| Mr. David Boyle<br>Airgas USA, LLC<br>259 Radnor-Chester Road, Suite 100 | Holly O'Hara<br>4373 E Links Pkwy<br>Littleton, CO 80122 | C.H. Robinson Worldwide, Inc.<br>PO Box 9121<br>Minneapolis, MN 55480-9121 |

| | | |
|---|---|---|
| P.O. Box 6675<br>Radnor, PA 19087-8675 | | |
| Compudata Products, Inc. d/b/a CPI One Point<br>c/o Patrick J. Schurr<br>Scheef & Stone, L.L.P.<br>2601 Network Blvd., Suite 102<br>Frisco, TX 75034 | Sterling Trust FBO: Richard Ryan Shultz AC 095198<br>P.O. Box 2526<br>Waco, TX 76702-2526 | Respironics<br>PO Box 405740<br>Atlanta, GA 30384-5740 |
| Bexar County<br>c/o David G. Aelvoet<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>711 Navarro Ste 300<br>SAN ANTONIO, TX 78205 | Gavin H. Smith<br>802 Kuhlman Road<br>Houston, TX 77024 | Morton Marketing Inc.<br>48474 Gladstone Rd<br>Canton, MI 48188 |
| Collin County Tax Assessor/Collector<br>c/o David B. McCall<br>GAY, McCALL, ISAACKS, GORDON & ROBERTS, P.C.<br>777 East 15th Street<br>Plano, Texas 75074 | Brent McCarty<br>4242 Valley Ridge<br>Dallas, TX 75225 | Verizon<br>PO Box 660108<br>Dallas, TX 75266-0108 |
| Dallas County<br>c/o Laurie Spindler Huffman<br>Linebarger Goggan Blair & Sampson LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201 | LFI Investments, Ltd<br>2200 Ross Ave., Suite 3838<br>Dallas, TX 75201 | CPI Office Products<br>P.O. Box 292130<br>Lewisville, TX 75029-2130 |
| Eric A Liepins<br>12770 Coit Road, Suite 1100<br>Dallas, TX 75251-1329 | Harris County<br>c/o John P. Dillman<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>P.O. Box 3064<br>HOUSTON, T){77253-3064 | Hidalgo County, Hidalgo County Drainage District #1, and McAllen I.S.D.<br>c/o John T. Banks<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>3301 Northland Drive, Suite 505<br>Austin, TX 78731 |
| John Mark Stem<br>Office of the Texas Attorney General Taxation Division<br>P.O. Box 12548 Capitol Station<br>Austin, TX 78711-2548 | Tarrant County<br>c/o Laurie Spindler Huffman<br>Linebarger Goggan Blair & Sampson LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201 | Jefferson County<br>c/o Clayton E. Mayfield<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1148 Park Street<br>BEAUMONT, TX 77701-3614 |
| Nueces County<br>c/o Diane W. Saunders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | Cameron County<br>c/o Diane W. Saunders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | Cameron County ID #06<br>c/o Diane W. Saunders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 |
| City of Harlingen<br>c/o Diane W. Saunders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | South Texas College<br>c/o Diane W. Saunders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | South Texas ISD<br>c/o Diane W. Saunders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 |

| Harlingen CISD<br>c/o Diane W. Saunders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | City of McAllen<br>c/o Diane W. Saunders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | 1200 Commerce, Ltd.<br>c/o Gregory A Whittmore<br>5910 N. Central Expressway.,<br>Suite 1010<br>Dallas, TX 75206 |
|---|---|---|
| Travis County<br>c/o Kay D. Brock<br>P.O. Box 1748<br>Austin, TX 78767 | | |