IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-41815 |
| | § | |
| MED-DEPOT, INC., *et al.* | § | (Chapter 11) |
| | § | |
| Debtors | § | Jointly Administered |
| | § | |

### ORDER GRANTING MOTION TO CONTINUE HEARING

On this date, the Court considered the *Plan Administrator's Motion to Continue Hearing* (the "**Motion**") filed by the Plan Administrator ("**Plan Administrator**") for debtors Med-Depot, Inc. et al. After considering the Motion, and the representations therein, the Court finds good cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that the hearing on the *Motion of LifeGas, a Division of Linde Gas North America, LLC, for an Order Allowing Late-Filed Claims as Timely Filed* [Docket No. 255] and the *Application of LifeGas, a Division of Linda Gas North America, LLC, for Allowance and Payment of Administrative Expense Claim* [Docket No. 256] is continued to **_July 1_, 2014 at _10:00 a.m. (CST)**.

**SO ORDERED**.

Signed on 5/29/2014

*Brenda T. Rhoades*  SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE